# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM
**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson
**Filed (f) or Converted (c):** 09/10/12 (f)
**§341(a) Meeting Date:** 10/22/12
**Claims Bar Date:** 10/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Painting  (u) | 0.00 | 1,450.00 | | 1,450.00 | FA |
| 2 | Cash | 0.00 | 7,000.00 | | 8,668.49 | FA |
| 3 | F150 truck | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 4 | 1998 Ford | 0.00 | 1,200.00 | | 1,200.00 | FA |
| 5 | 2004 truck | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 6 | Refunds  (u) | 0.00 | 40,000.00 | | 70,658.06 | FA |
| 7 | Other notes receivable | 311,614.06 | 50,000.00 | | 39,340.10 | FA |
| 8 | Pike County Farm | 3,200,000.00 | 0.00 | | 0.00 | FA |
| 9 | Computer equipment | 1,282,323.29 | 0.00 | | 0.00 | FA |
| 10 | Furniture and fixtures | 50,000.00 | 12,052.01 | | 12,052.01 | FA |
| 11 | Cash investments Europe | 1,844,305.72 | 0.00 | | 0.00 | FA |
| 12 | Loans receivable | 97,437.24 | 0.00 | | 0.00 | FA |
| 13 | 110 trailers | 220,000.00 | 41,150.00 | | 41,650.00 | FA |
| 14 | 140 trucks | 140,000.00 | 0.00 | | 20,750.00 | FA |
| 15 | Bentley GT Continental | 60,000.00 | 30,000.00 | | 54,000.00 | FA |
| 16 | Dump truck | 12,000.00 | 0.00 | | 0.00 | FA |
| 17 | 4 wave runners | 16,000.00 | 0.00 | | 0.00 | FA |
| 18 | Fishing boat | 10,000.00 | 0.00 | | 0.00 | FA |
| 19 | Jet boat, seadoo | 8,000.00 | 0.00 | | 0.00 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 20 | Powerquest, 38 foot | 60,000.00 | 0.00 | | 0.00 | FA |
| 21 | Premier pontoon | 40,000.00 | 0.00 | | 0.00 | FA |
| 22 | 1986 Cessna Citation (1/2 interest) | 200,000.00 | 0.00 | | 0.00 | FA |
| 23 | Airplane - 1972 Piper | 674,049.95 | 50,000.00 | | 70,000.00 | FA |
| 24 | 3 carts | 8,000.00 | 0.00 | | 0.00 | FA |
| 25 | 4 wheeler | 3,000.00 | 0.00 | | 0.00 | FA |
| 26 | Attachments for Bobcat | 20,000.00 | 0.00 | | 0.00 | FA |
| 27 | Bobcat | 30,000.00 | 0.00 | | 0.00 | FA |
| 28 | Generator | 12,000.00 | 0.00 | | 0.00 | FA |
| 29 | Hunting blinds | 50,000.00 | 0.00 | | 0.00 | FA |
| 30 | John Deere | 35,000.00 | 0.00 | | 0.00 | FA |
| 31 | Kitchen equipment | 4,000.00 | 0.00 | | 0.00 | FA |
| 32 | Lift | 18,000.00 | 0.00 | | 0.00 | FA |
| 33 | Planter | 2,000.00 | 0.00 | | 0.00 | FA |
| 34 | Razor | 8,000.00 | 0.00 | | 0.00 | FA |
| 35 | Tree stands | 4,000.00 | 0.00 | | 0.00 | FA |
| 36 | Clear Lake inventory | 300,000.00 | 0.00 | | 0.00 | FA |
| 37 | Inventory from all three Buy Sell Trade stores | 200,000.00 | 200,000.00 | | 1,476,040.58 | FA |
| 38 | J parsons store inventory | 200,000.00 | 200,000.00 | | 200,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM
**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson
**Filed (f) or Converted (c):** 09/10/12 (f)
**§341(a) Meeting Date:** 10/22/12
**Claims Bar Date:** 10/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 39 | Taylor store inventory | 200,000.00 | 200,000.00 | | 200,000.00 | FA |
| 40 | Golf cart | 2,500.00 | 0.00 | | 0.00 | FA |
| 41 | Signs | 61,062.95 | 0.00 | | 0.00 | FA |
| 42 | 1206 Grand Cove, Osage Beach, MO | 2,800,000.00 | 250,000.00 | | 1,530,000.00 | FA |
| 43 | 14117 St. Joseph Road, Athens, IL | 135,000.00 | 0.00 | | 80,000.00 | FA |
| 44 | 14138 Villa Maria Lane, Athens, IL | 76,000.00 | 20,000.00 | | 20,000.00 | FA |
| 45 | 200 Little Street, Athens, IL | 85,000.00 | Unknown | | 0.00 | FA |
| 46 | 2113 Timberview, Springfield, IL | 225,000.00 | 0.00 | | 200,000.00 | FA |
| 47 | 2300 Clemons Road, Athens, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 48 | 3507 Wittington Court, Springfield, IL | 165,000.00 | 162,500.00 | | 162,500.00 | FA |
| 49 | 2000 Ford Expedition  (u) | 0.00 | 500.00 | | 500.00 | FA |
| 50 | State or government refunds  (u) | 0.00 | 854.29 | | 854.29 | FA |
| 51 | 10 poor quality diamonds and gold mounting  (u) | 0.00 | 2,575.00 | | 2,575.00 | FA |
| 52 | 2005 Chevrolet Suburban & 2011 utility trailer  (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 53 | Contents of bldg at 132 1/2 Pearl St.,Green Fork  (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 54 | 2001 Suburban and 2011 Look trailer  (u) | 0.00 | 3,600.00 | | 3,600.00 | FA |
| 55 | 2003 Lincoln Navigator & 2011 Forest River trail  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 56 | Adversasry against Sorling firm  (u) | 0.00 | 147,500.00 | | 147,500.00 | FA |
| 57 | Adversry against Scott & Scott  (u) | 0.00 | 187,545.03 | | 187,545.03 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 58 | 2009 Cadillac 4x4 Escalade  (u) | 0.00 | 28,000.00 | | 28,000.00 | FA |
| 59 | 2003 GMC Yukon XL 4x4  (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 60 | 2003 Cadillac Escalade ESV  (u) | 0.00 | 7,100.00 | | 7,100.00 | FA |
| 61 | 132 Pearl St., Greensfork, IN property  (u) | 0.00 | 145,000.00 | | 145,000.00 | FA |
| 62 | 2006 GMC Sierra K1500  (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 63 | 1999 Cadillac Escalade  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 64 | 2002 Chevrolet Suburban  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 65 | 2002 Buick LeSabre  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 66 | 2003 Chevrolet Suburban K1500  (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 67 | 2004 Suburban  (u) | 0.00 | 4,500.00 | | 4,500.00 | FA |
| 68 | Restitution on Harry Lawless  (u) | 0.00 | 500.00 | | 1,715.00 | FA |
| 69 | 2004 Chevrolet Silverado  (u) | 0.00 | 1,400.00 | | 1,400.00 | FA |
| 70 | Heritage Auction proceeds  (u) | 0.00 | 0.00 | | 77,670.00 | FA |
| 71 | Adversary against Michael Logan  (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 72 | Adversary against Time Warner  (u) | 0.00 | 1,097.97 | | 1,097.97 | FA |
| 73 | Robert Nisbet artwork  (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |
| 74 | Alexander Pope artwork  (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 75 | 2005 Chevrolet K1500 Suburban  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 76 | 2003 Ford Expedition & Explorer, 2 trailers  (u) | 0.00 | 2,000.00 | | 2,000.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 77 | Furnishings at 2113 Timberview, Springfield, IL  (u) | 0.00 | 6,081.00 | | 6,081.00 | FA |
| 78 | 1965 Ford Falcon  (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 79 | 1973 Porche  (u) | 0.00 | 2,100.00 | | 2,100.00 | FA |
| 80 | 1995 Saab  (u) | 0.00 | 1,400.00 | | 1,400.00 | FA |
| 81 | Preference against B. Mac Kyle  (u) | 0.00 | 12,500.00 | | 12,500.00 | FA |
| 82 | 2004 Chevrolet Tahoe & 2011 Look utility trailer  (u) | 0.00 | 2,800.00 | | 2,800.00 | FA |
| 83 | Lawsuit against the Langstons  (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 84 | Piper 32300 (tail #N1355T)(same as Asset #23)  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 85 | Preference payment to MLive Media Group  (u) | 0.00 | 7,175.38 | | 7,175.38 | FA |
| 86 | Adversary complaint against Paypal  (u) | 0.00 | 97,760.30 | | 97,783.18 | FA |
| 87 | 2005 Ford F250 Super Duty pickup  (u) | 0.00 | 1,500.00 | | 1,500.00 | FA |
| 88 | Class action suit re Toyota Products Liabiilty  (u) | 0.00 | 29.86 | | 29.86 | FA |
| 89 | Adversary against Springfield,Inc.,d/b/a Shaner  (u) | 0.00 | 328.00 | | 328.00 | FA |
| 90 | Fraudulent conveyance action against T. McLeod  (u) | 0.00 | 102,409.63 | | 102,409.63 | FA |
| 91 | 1994 Ford Dump truck  (u) | 0.00 | 2,500.00 | | 2,500.00 | FA |
| 92 | Restitution on Michael Stubblefield  (u) | 0.00 | 3,000.00 | | 2,777.00 | 223.00 |
| 93 | Adversary action against IRS  (u) | 0.00 | 87,328.40 | | 87,328.40 | FA |
| 94 | Adversary against Jennifer Parsons  (u) | 0.00 | 20,000.00 | | 20,000.00 | FA |
| 95 | Chase preference action  (u) | 0.00 | 12,768.15 | | 28,236.85 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM
**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson
**Filed (f) or Converted (c):** 09/10/12 (f)
**§341(a) Meeting Date:** 10/22/12
**Claims Bar Date:** 10/01/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 96 | Adversary against Jeff Parsons  (u) | 0.00 | 2,212,790.89 | | 72,400.00 | 2,140,390.89 |
| 97 | Compromise/1986 Cessna Citation  (u) | 0.00 | 150,813.90 | | 150,813.90 | FA |
| 98 | Adversary against Todd Green  (u) | 0.00 | 75,000.00 | | 75,156.84 | FA |
| 99 | Heritage adversary action  (u) | 0.00 | 750,000.00 | | 172,582.32 | FA |
| 100 | Judgment against Jacob Parsons  (u) | 0.00 | 119,600.00 | | 0.00 | 119,600.00 |
| 101 | Refund fro HSNI LLC  (u) | 0.00 | 5,939.37 | | 5,939.37 | FA |
| 102 | 2001 Chevy Suburban  (u) | 0.00 | 750.00 | | 750.00 | FA |
| 103 | Adversary action against Illinois Dept of Revenu  (u) | 0.00 | 7,633.14 | | 7,633.14 | FA |
| 104 | Refund  (u) | 0.00 | 46.00 | | 46.00 | FA |
| 105 | Lincoln Navigator and trailer  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 106 | Semi-trailer  (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 107 | Fees assessed Jeff Parson on contempt  (u) | 0.00 | 350.00 | | 350.00 | FA |
| 108 | Unclaimed property with the State of Illinois  (u) | 0.00 | 5,472.55 | | 20,701.37 | FA |
| **108** | **Assets**   **Totals** (Excluding unknown values) | **$13,369,293.21** | **$5,563,600.87** | | **$5,758,688.77** | **$2,260,213.89** |

**Major Activities Affecting Case Closing:**

9th TIR: I am still in the procees of collecting judgments against the former owner of the company of over two million dollars and his son with one in excess of $100,000.00.  I also still have to make arrangements with the IRS to determine the amount of its secured claim.  There are other minor assets involved here, but the main step is to deal with the IRS which has been somewhat difficult due to the COVID shut down and remote working by various members of the IRS.

9/2/14: ((CWLP)Review and respond to correspondence via letter drafted to City of Springfield counsel.

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) |
| | | §341(a) Meeting Date: | 10/22/12 |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

9/2/14: Long email to PayPal reps re: demand for information on whether money is being held or has been applied re: subpoenaed THR accounts.

9/2/14: (Parsons).  Review and respond to email from Simon re: completion of creditor check.  Provided questions to ask of Jacob Parsons during 341 meeting tomorrow.

9/2/14: PayPal.  Phone call with Rosie at PayPal to discuss account reserves.  Draft fax letter pursuant to request.

9/4/14: Heritage.Adversary complaint drafting

9/5/14: Review material from FBI re: Criminal Restitution payable to Trustee.  Search and print inmate location info.

9/5/14: Final amendments to Heritage Complaint.  Begin compilation of Exhibits.

9/5/14: Brief email correspondence with PayPal agents re: suit if no funds received by Monday and execution of waiver of statute of limitations.

9/5/14: Jennifer Parsons. Brief email to attorney Tagge re: any response from his client re: demands for info on jewelry and checks.  Draft rough adversary complaint.

9/7/14: Paypal. Draft adversary complaint pursuant to Trustee request

9/7/14: Spencer: Draft adversary complaint pursuant to Trustee request

9/7/14: Canler. Draft adversary complaint pursuant to Trustee request

9/7/14: Beck. Draft adversary complaint pursuant to Trustee request

9/7/14: LoPicollo. Draft adversary complaint pursuant to Trustee request

9/7/14: Chase. Draft adversary complaint pursuant to Trustee request

9/7/14: Creech. Draft adversary complaint pursuant to Trustee request

9/7/14: Email to Simon Myer re: status of returned Verified Statements

9/8/14: Paypal. search DE corp. records for registered agent information; incorporated past pleadings.

9/8/14: Heritage. search corp. records and IL SOS site for service list

9/8/14: IRS. Draft adversary complaint pursuant to Trustee request.  Check claims register to incorporate claims information.  Check banking records to incorporate alleged payments.

9/8/14: IDR. Draft Adversary complaint pursuant to Trustee request.  Review claims and payment material.

9/8/14: Paypal. Amended complaint

9/8/14: Chase. Amended complaint

9/8/14: Phone call from MN dept. of Revenue re: objection to claim.  Informed them that they needed to file response to objection if they disagreed.

9/8/14: Jacob Parsons Bankruptcy.  Long phone conference with Simon re: request for Verified Statements and information obtained at Jacob Parsons' 341 examination.  Memo to Trustee.

## Form 1

Page: 8

### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

9/8/14: IRS. Review FRCP Rule 4 re: service of process on United States; prepare summons and complaint in triplicate via certified mail pursuant to statutory requirements.

9/8/14: Jennifer Parsons adv. 14-07045: Review and revise Complaint against Jennifer Parsons.

9/9/14: IDR. Statutory review for instruction on service of process upon Department. Determined service is sufficient if made upon the Director of the Dept. of Revenue via Certified mail.

9/9/14: Paypal. Review Trustee's returned draft of complaint. Incorporated service info for In state registered agent.

9/9/14: Return phone call of Roger Stone

9/9/14: Phone conference re: questions on objection with creditor Beverly Bonando.

9/11/14: Paypal. Review and respond to email correspondence re: adversary complaint filed to preserve any rights to funds.

9/11/14: Review and search debtor records for information on 65 Ford Falcon Sale to Mr. Kuntz. Discussed possibility of abandoning vehicle and giving him his money back if no progress made re: request for help from Illinois Attorney General's office.

9/9/14: Heritage adv. 14-7039: Complete certificate of service of adversary summons; file same.

9/10/14: State of IL adv 14-7047: Complete certificate of service of adversary summons; file same.

9/10/14: IRS adv 14-7048: Complete certificate of service of adversary summons; file same.

9/10/14: PayPal adv 14-7049: Complete certificate of service of adversary summons; file same.

9/10/14: Canler adv 14-07040: Complete certificate of service of adversary summons; file same.

9/10/14 Parsons adv. 14-07045: Complete certificate of service of adversary summons; file same.

9/10/14 Creech adv. 14-07041: Complete certificate of service of adversary summons; file same.

9/9/14: Court hearing on Motion to Vacate Order Denying Report of Sale plus partial travel time.

9/9/14: Todd Green contempt: Court hearing in Springfield plus partial travel time.

9/9/14: To Steve Tagge's office while in Springfield at Bankruptcy Court to retrieve property surrendered by Jennifer Parsons.

9/15/14: Paypal. Discussion with Trustee re: account proceeds from one account only; Trustee's demand for account info on all entities and aliases identified in the complaint and THR insiders. Email correspondence to PayPal legal team re: information needed to move toward satisfaction of demands of adversary complaint.

9/15/14: Jennifer Parsons. Review debtor records for check images of stubs from checks the defendant allegedly wrote self. Search debtor records for more information. Present to Trustee and pursuant to his request draft and sent email to Defendant's attorney with check stub images and indication that investigation continues.

9/16/14: Review and respond to correspondence from Dallas counsel re: Verified Statements of Disinterest. Review Amended schedules and pass along to Trustee

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|---|

**Case Name:** THR & ASSOCIATES, INC.

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Period Ending:** 09/30/21

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

with request for draft of Motion to us prior to filing.

9/16/14: Significantly amend Application to Employ HWA attorneys for transfer of Jacob Parsons' venue

9/17/14: Phone call to and from D. Reinero re: vehicle titles.  Prepare letter and title.

9/16/14:  Parsons adv. 13-7061:  Review Mike Logan's Motion to Withdraw and Court's Order Striking Motion.

9/17/14: Review response filed by American Express to my objection to the American Express' claim of approximately 40 pages of account records; draft motion to withdraw objection to claim.

9/17/14:  Spencer adv. 14-7043:  Complete certificate of service of adversary summons; file same.

9/17/14:  Jacob Parsons:  Review correspondence from Simon Mayer in Houston re motion for transfer of venue; approve same; notify Andy.

9/18/14: LoPicollo. LEXIS searches of Terre Haute IN to look for location information on Defendant.  Memo to Trustee re: additional information.

9/18/14: Phone conference with Simon Myer re: emergency motion to transfer venue; may need Trustee to appear and testify.

9/18/14: Print out updated claims register and additional late file claims, claim nos. 291,292, 293, 294, 295 & 296.  Review each claim. Draft and prepare objections to claim nos. 291, 292, 293, 294, 295 & 296.

9/19/14: Phone call from Atty for UPS; discussed case and granted additional few days to avoid retention of local counsel for settlement purposes and production of documents.

9/22/14: Long phone conference with FBI re: Jacob & Erin Parsons bankruptcy case status.  Drafted criminal referral to Tim Ruppel and FBI.  Review docket and schedules.  Run LEXIS property search on Peyton, CO property for transfer information.  Search El Paso, County, CO property records for other information.  Compile all information into referral.  Emails to Simon re: status of 341 audio.  Review 341 audio and discuss with Trustee.

9/19/14: Phone conference with Simon Mayer re: status of Trustee's testimony in support of Motion to Change Venue; review several emails containing photos of assets listed in Jacob Parsons' schedules.  Discussion with Trustee.  Email referral to FBI pursuant to Trustee request.

9/19/14: Review Court Order authorizing venue transfer.  Email correspondence to Simon re: preparing Motion to Extend deadline to object to Discharge.

9/19/14: Prepare draft of Motion to Extend deadline to object to discharge in Jacob Parsons case.

9/22/14: Chase adv. 14-07044:  Prepare Certificate of Service of Adversary Summons; file same.

9/24/14: Jacob Pafsons. Reviewed audio transcript from 341 meeting (part 2 of 2)

9/25/14: Copied and sent second portion of 341 audio to FBI pursuant to request.

9/25/14: Paypal. Return phone call of Carol Ricupero re: extension of time; granted extension; will email confirmation.

9/25/14: Phone conference with Roger Stone re: tax return issues, insolvency calculation after considering the 2010 return never filed and obligations revealed pushing date back to October 1.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:**  (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

9/25/14: Phone conference with Roger Stone re: insolvency date.  Discussion of effect of Parsons personal tax obligations on corporate insolvency.  Discussed availability for deposition from Attorney Myers.

9/26/14: Jeff Parsons bkcy: Review Charlie Covey's motion to sell properties on Clemens Road.

9/29/14: Vehicles:  Phone call to Brock at IDR re: issuance of Vehicle titles.  Letter and copies of orders for his review.

9/29/14: Vehicles:  Prepare Report of Sale for 4 vehicles.  Phone call to Marvin Edwards re status report on Saab.

9/29/14: UPS. Draft Motion to Extend time to respond.

9/29/14: Paypal. Draft Motion to Extend time to plead or respond to adversary complaint

9/29/14: Review and compile information from Jodi @ aumann re: all information for 4 vehicle purchase and sale

9/30/14: Green contempt. Review Court's Trial Order.  Prepared disclosure of witnesses; began compiling, preparing and organizing potential exhibits.

9/30/14: Vehicles:  Email to Kurt re: buyer's premium kept or sent with proceeds of two cars we cant get titled.

9/30/14: Claim objections:  Phone call from Delano Attorney Hugh Finson re: Trustee's objection to claim

9/30/14: Parsons adv. 13-7061: Court hearing in Springfield plus partial travel time on Mike Logan's Motion to Withdraw; Motion allowed and trial is not continued; telephone conference with Andy re: compliance with Pretrial Order.

9/30/14: Haberman adv. 14-7034: Hearing in Springfield on status of Answer plus partial travel time.


10/3/14:  Review and revise Report of Sale on sale of 1973 Porsche and 2012 Look utility trailer.

10/6/14: McLeod adv. 13-7048:  Settlement discussions with Allen Yow.

10/7/14: Jennifer Parsons adv. 14-07045: Telephone call with Steve Tagge re: status of case and potential settlement offer and request for extension of time to file answer; agreed to same up to 30 days.

10/14/14:  Todd Green adversary (not attorney's time per JDR):  Various calls throughout the day; conf. call with Andy and John Myers to attempt to setle contempt petition for next Monday. (Andy will bill his time as attorney's time)

10/2/14:  Green contempt:  Finalize witness list nad exhibit list.  Compile and prepare exhibits. ASE

10/3/14:  Green contempt:  Research-Availability of sanctions and punitive damages in actions for contempt for violations of the automatic stay and supporting memo to Trustee in preparation for trial. ASE

10/3/14:  Green contempt:  Reviewed several hundred pages of invoices provided by Green; arranged into exhibits (Hanger shared/not shared; Honeywell shared/not shared; other shared/not shared).  Compiled, numberd, included in Pretrial Disclosures; copied. ASE

10/6/14:  Green contempt:  Search for contact information on Aircraft Manager Mac McClelland.  Phone call and message to McClelland Aviation.  Prepared draft

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

subpoena for Mr. McClelland's appearance at hearing.  Phone call with Mr. McClelland re joint ownership agreement, calculation of expenses under agreement, etc. ASE

10/8/14:  Green contempt:  Search for information on individual whose advise Green relied upon.  Reviewed sentencing order for conviction for tax evasion, wire fraud, etc. Sent to Trustee.  Pursuant to Trustee reqeuest, searched for and obbtained PACER recordsof convicton. ASE

10/8/14:  Green contempt:  Phone call to John Myers re verification that we have all expenses that Todd is claiming are shared; our intent to introduce testiony on attorney time spent on this; my intent to send him the updated spreadsheet incorporating the shared repair expenses. ASE

10/9/14:  Green contempt:  Letter to Attorney Myers with updated calculations; witness and exhibit list. ASE

10/9/14:  Green contempt:  Settlement conference with Attorney Myers.  Discussion of incorporation of new Standard Aero bills into overall figure due; attorney time; sales tax issue; commission issue; and punitive damges/sanction issue. ASE

10/13.14:  Green contempt:  Brief message to Attorney Myers re receipt of settlement docs; will incorporate additional materials into spreadsheet; draft e-mail to Attorney Myers with witness and exhibit list pursuant to Court Order. ASE

10/13/14:  Green contempt:  Review all new invoices provided by Attorney Myers; incorporate into overall spreadsheet; review THR records for any record of payment; prepare memo to Trustee with issues.  ASE

10/14/14:  Green contempt:  Prepare settlement outline for Trustee review incorporating new figures.  Attend telephone settlement conference. Conference with Trustee; additional research on issue of sanctions and punitive damages. ASE

10/14/14:  Green contempt:  Review e-mail from Attorney Myers re commission inclusion in gross price of aircraft; brief discussion of plan to speak again tomorrow. ASE

10/17/14:  Parsons discharge 13-7037: Conference call with Roger Stone to go over exhibits and testimony in person conference set for next Friday prior to trial.

10/20/14:  Green contempt:  Further revisions to settlement motion plus notice of motion.

10/23/14:  Parsons adv. 13-7061:  Meeting in Champaign with Roger Stone re preparation for trial next week.

10/24/14:  Logan adv. 13-7030:  Prepare Order on Application for Compensation.

10/28/14:  Todd Green adv. 14-7008:  Court status hearing in Springfield; plus hearing on my motion to extend the time to Jacob Parsons discharge; motion allowed; adversary set for status hearing on December 2, 2014 at 9:30 a.m. in Springfield; legal research on severance prior to hearing.

10/28/14:  Parsons adv. 13-7061:  Trial preparation including legal research, witness outline and review of presentation.

10/29/14 Parsons adv. 13-7061: In office at 6:15 a.m.; final trial preparation and exhibit assembly; to Springfield to meet with Roger Stone prior to trial; hearing conducted; judgment entered.

10/29/14:  Parsons adv. 13-7061:  Prepare initial draft of Judgment.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** | (330310)   Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/30/14: Claims: Review correspondence from Gail Noll re filing a response to my objection to claim no. 14-1 of the IRS; respond to Gail's e-mail; tel. call to Gail; draft Agreed Order resolving claim no. 14-1.

11/2/14: Jacob Parsons 14-71718:  Review Debtors Emergency Motion to Dismiss; draft Response to the Motion.


10/1/14: Phone call from Betty @ Bloomfield PD records Dept re: status of vehicle in their possession (ECRB recovery).  Checked records for abandonment.-AE

10/2/14: Draft Notice of Abandonment of Bloomfield NJ vehicle pursuant to Trustee approval.-AE

10/2/14: Vehicles:  Review and respond to email from Sheriff Paul Petty. Amend Motion, Notice and Waiver of claims.  Send waiver to Sheriff Petty.-AE

10/2/14: Jacob Parsons Bankruptcy:  Review Court Order authorizing employment of HWA.  Brief email and copy of Order to HWA attorneys requesting invoice needed to prepare application for compensation and informing them payment remains subject to court approval.-AE

10/2/14: Jennifer Parsons adv. 14-07045: Phone call and brief settlement conference with Attorney Tagge re: his belief that insolvency date will be difficult to prove back that far, and his client's belief that she was taking the money as part of her marital settlement; that she may have had signatory authority on the checks in question; that there was no actual fraud; and possible settlement offer coming upon sale of her Athens house.  Memo to Trustee.-AE

10/2/14: Claim Objections:  Phone call from Jason Vincent re: claim of Dennis & Kathy Hill and our objection.-AE

10/2/14: Green contempt: Finalize witness list and exhibit list.  Compile and prepare exhibits.-AE

10/3/14: Draft Order approving Timberview Report of Sale-AE

10/3/14: Parsons adv. 13-7061: Review Court's pretrial order. Email to Roger Stone re: exhibits he needs to provide testimony.-AE

10/3/14: Claims:  Phone call to Atty Jason Vincent re: claim 229-2 and bankruptcy code re: claims for leases running into the future; will check and see if claim is affected by the statute and let him know. Brief research re: claims for leases into future.  Calculate allowed claim amount after reviewing lease and supporting docs.  Draft Objection to Claim.  Phone call to Atty Vincent re: objection to claim and 502(b)(6).-AE

10/3/14: Parsons adv. 13-7061: Phone conference with Roger Stone re: scope of testimony and exhibits; review debtor records for payroll information on Defendant for incorporation by Roger.-AE

10/3/14: Green contempt: Research:  Availability of sanctions and punitive damages in actions for contempt for violations of the automatic stay & supporting memo to Trustee in prep for trial.-AE

10/3/14:  Green contempt: Reviewed several hundred pages of invoices provided by Green; arranged into exhibits (Hanger shared/not shared; Honeywell shared/not shared; other shared/not shared).  Compiled, numbered, included in Pretrial Disclosures; copied.-AE

10/6/14: Research:  Effect of Notice of Appeal of Venue Transfer on pendency of transferred case; review and respond to email of Simon Mayer & Janet Northrup at

# Form 1

**Page: 13**

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 12-72022 GM | **Trustee:** | (330310) | Jeffrey D Richardson |
| **Case Name:** | THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** | 09/10/12 (f) | |
| | | **§341(a) Meeting Date:** | 10/22/12 | |
| **Period Ending:** | 09/30/21 | **Claims Bar Date:** | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

HWA re: Attorney Wathen's recent Notice of Appeal filing in Southern District of Texas.  Review notice of appeal in CDIL, designation of record; deficiency notice.-AE

10/6/14: Green contempt: Search for contact information on Aircraft Manager Mac McClelland.  Phone call and message to McClelland Aviation.  Prepare draft subpoena for Mr. McClelland's appearance at hearing.  Phone call with Mr. McClelland re: joint ownership agreement, calculation of expenses under agreement, etc.-AE

10/7/14: Jacob Parsons Bankruptcy. Jacob Parsons Bankruptcy:  Phone conference with Simon re: Appeal; district's notice that all pleadings will now be filed in Central District; decision to take no action in opposition of the Notice of Appeal.-AE

10/7/14: Vehicles:  Emial to Jodi re: necessity to account for all charges and expenses in report of sale.-AE

10/7/14: Heritage adv. 14-7039: Review Answer.  Discuss affirmative defenses with Trustee.-AE

10/8/14: Green contempt: Search for information on individual whose advise Green relied upon.  Reviewed sentencing order for conviction for tax evasion, wire fraud, etc.  Sent to Trustee.  Pursuant to Trustee request, searched for and obtained PACER records of conviction.-AE

10/8/14: Green contempt: Phone call to John Myers re: verification that we have all expenses that Todd is claiming are shared; our intent to introduce testimony on attorney time spent on this; my intent to send him the updated spreadsheet incorporating the shared repair expenses.-AE

10/8/14: JPMorgan Chase: Review correspondence from Def's attorney requesting extension.  Permission from Trustee.  Respond email to atty Driscol.  Draft and file motion to extend deadline and Order.-AE

10/8/14: Todd Green adv. 14-7008: 1/2 research: Validity of claimed alter ego affirmative defense-AE

10/8/14: Haberman adv. 14-7034: 1/2 research: Validity of claimed alter ego affirmative defense.-AE

10/8/14: Todd Green adv. 14-7008: Begin drafting Motion to Strike Affirmative Defenses-AE

10/9/14: Vehicles:  Email to Jodi re: requirement for vehicle by vehicle breakdown of expenses for inclusion of report of sale.  She still has only sent lump figures, but did include commission, cc fees, this time around-AE

10/9/14: Creech adv. 14-07041: Phone conference from Debtor's attorney re: claimed defenses to pref action (sold them her coin collection; no bad checks issued).  Plan to answer then review allegations.-AE

10/9/14: Green contempt: Letter to Attorney Myers with updated calculations; witness and exhibit list.-AE

10/9/14: Green contempt: Settlement conference with Attorney Myers.  Discussion of incorporation of new Standard Aero Bills into overall figure due; attorney time; sales tax issue; commission issue; and punitive damages/sanction issue.-AE

10/10/14: Parsons adv. 13-7061: Review email request from Roger Stone.  Search Debtor's computer server for requested financial records and email to Roger.  Begin putting together witness and exhibit list.  Phone call to Roger Stone.  Retrieve Trustee receipts and disbursement report; prepare for Trustee review-AE

10/10/14: Heritage adv. 14-7039: Begin drafting Rule 26 Disclosures pursuant to Court's Pretrial Notice.-AE

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:**   12-72022 GM

**Case Name:**   THR & ASSOCIATES, INC.

**Period Ending:**   09/30/21

**Trustee:**   (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):**   09/10/12 (f)

**§341(a) Meeting Date:**   10/22/12

**Claims Bar Date:**   10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/13/14: Green contempt: brief message to attorney Myers re: receipt of settlement docs; will incorporate additional materials into spreadsheet; draft email to attorney Myers with witness and exhibit list pursuant to Court Order.-AE

10/13/14: Green contempt: Review all new invoices provided by attorney Myers; incorporate into overall spreadsheet; review THR records for any record of payment; prepare memo to Trustee with issues.-AE

10/14/14: Parsons adv. 13-7061:  Phone call to Roger Stone to discuss and set up conf. call; discussion of exhibits and preparation of witness and exhibit list.-AE

10/14/14: Green contempt: Prepare settlement outline for Trustee review incorporating new figures.  Attend telephone settlement conference.  Conference with Trustee; additional research on issue of sanctions and punitive damages.-AE

10/14/14: Green contempt: Review email from Attorney Myers re: commission inclusion in gross price of aircraft; brief discussion of plan to speak again tomorrow.-AE

10/15/14: Vehicles:  Phone call from Jim Neibold at IL AG's office re: vehicle titles.  Phone call from Marvin Edwards re: Friday deadline for the title or refund check.-AE

10/16/14: Green contempt:  Review settlement notes.  Recap amount owed under joint ownership agreement without attorney fees, commission, or taxes.  Long email to attorney Myers re: error in calculation; amount should be 39k not 3.4k owed under agreement.  Memo to Trustee.-AE

10/17/14: Jacob Parsons Bankrupcy. Begin drafting Motion to Object to Debtor's Discharge.-AE

10/17/14: Parsons adv. 13-7061: Prepare for conference call with Roger Stone.  Participate in conference call with Mr. Stone and Trustee to discuss issues with trial; testimony; exhibits.  Compile, edit, prepare and send witness list and exhibits pursuant to Court Order.  Prepare and file certificate of service in adversary case.-AE

10/20/14: Parsons adv. 13-7061: Review 2010 depreciation detail listing provided by Roger Stone.  Incorporated into our exhibits and sent to Defendant.-AE

10/20/14: Begin drafting skeleton objection to discharge in case no order filed extending deadline to end of the day.-AE

10/20/14: Jacob Parsons Bankruptcy. Begin drafting skeleton objection to discharge in case no order filed extending deadline to end of the day.-AE

10/20/14: Vehicles:  Prepare most recent application for vehicle titles and send to buyers (and atty for Mr. Kuntz).  Phone call to Leroy Compton, atty for Kuntz.  Phone call to Marvin Edwards.  Letters to each.-AE

10/20/14: Jacob Parsons Bankruptcy. Review Jacob Parsons designation of the Records on appeal.  Verify inclusion of necessary record.  Memo to Trustee on findings.-AE

10/23/14: Parsons adv. 13-7061:  Review and respond to email of Roger Stone.  Download and send all THR petitions, SOFAs and schedules.  Phone call to verify complete receipt.-AE

10/28/14: Parsons adv. 13-7061:  Review and respond to Roger Stone's email re: power point.  Several phone calls to and from Court re: availability of equipment.  Located saved and sent 2011 to 2012 distribution records to Mr. Stone for incorporation into his presentation.  Reviewed PowerPoint presentation.  Located and copied all exhibits for Court.-AE

10/29/14: Parsons adv. 13-7061: Travel to and participate in Trial.-AE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:**  (330310)   Jeffrey D Richardson |
| **Case Name:**   THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:**  09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/30/14: Parsons adv. 13-7061: Legal research: Bill of costs in a federal case.-LR

10/31/14: Parsons adv. 13-7061: Legal research re: Bill of costs in a federal case, particularly local rules regarding witnesses.-LR

10/31/14: Phone call from Gian Duran, attorney for Uhal re: Coeur D'Alene Storage unit.  Emailed permission to open pursuant to Trustee instruction.-AE

11/2/14:  Jacob Parsons 14-71718:  Review Debtors Emergency Motion to Dismiss; draft Response to the Motion.

11/2/14: UPS adv. 14-7036: Review email and supporting docs from Attorney for Defendant.  Respond to Def. re: incomplete documentation; if supporting docs are those other than those attached to POC we need them resent.AE

11/3/14: Jacob Parsons Bankruptcy. Review appellant's designation of record; reviewed both SD Tex and CD IL dockets to verify inclusion of all necessary pleadings and other entries.AE

11/3/14:  Prepare Order Approving Sale of 2005 Ford F250 to Paul Petty.-JDR

11/3/14: Jennifer Parsons adv. 14-07045: Phone call from Steve Tagge re: need for deposition if there was already 2004 exam conducted; informed him of issues which may have been discovered after the 2004 exam; review 2004 exam transcript; search records for gold center transfers to Jennifer Parsons.  Phone call to Gold Center in Springfield looking for Jennifer Parsons records.  Email request to Josh Fieldbiner at Gold Center.AE

11/4/14: Parsons adv. 13-7061: Complete legal research, fees associated with expert witness not allowed under Bill of Costs; print out statutes and case law for trustee's review.LR

11/4/14: Jennifer Parsons adv. 14-07045: Phone call from Stever Tagge; discussion of granting continuance; gun delivery.  Discussion with Trustee.  Email to Kurt Aumann re: pick up and holding of Gun; sale of Gun and Sword; FOID card and necessary permits. AE

11/4/14: Phone call from Gold Center; discussion of records; none for Jennifer, suggestion to call Brian Denny.  Memo to Jeff. AE

11/4/14: Phone call from unidentified informant seeking information on event to be held by the NCCA dba Antique Pickers Bazaar in the Washington Plaza Retirement home tomorrow; phone call and email to FBI; phone call and message to IL AG Matt Van Hise; memo to Jeff. AE

11/4/14: Jacob Parsons Bankruptcy. Jacob Parsons Bankruptcy:  Review Docketing Notice and appellate designation.  Begin drafting Motion to Dismiss Appeal. AE

11/5/14: Discussion with Trustee of issues with FBI, possible show being held by Parsons today; plan to rely on FBI info. AE

11/5/14: Jacob Parsons Bankruptcy.  Continue drafting Motion to Dismiss Appeal. AE

11/5/14: Phone call from Roger Stone re: estimated THR IRS liability; checked claim and informed Roger of amount; discussion of Pike Co. property. AE

11/6/14: Vehicles:  Email to Paul Petty re: approval of sale and need to have check sent in. AE

11/6/14: Jacob Parsons Bankruptcy. Research:  Memorandum of Law in support of Motion to Dismiss bankruptcy case.  Begin drafting Memorandum of Law. AE

11/6/14: UPS adv. 14-7036: Email correspondence with Attorney Jordan; agreed to grant extension to review supporting docs; drafted Motion to Extend deadline.AE

11/7/14: Review correspondence from vehicle buyers; draft letter to IL SOS vehicle counsel re: signed applications from purchasers; located and enclosed motions and

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 12-72022 GM | | | **Trustee:** (330310) Jeffrey D Richardson | | |
| **Case Name:** THR & ASSOCIATES, INC. | | | **Filed (f) or Converted (c):** 09/10/12 (f) | | |
| | | | **§341(a) Meeting Date:** 10/22/12 | | |
| **Period Ending:** 09/30/21 | | | **Claims Bar Date:** 10/01/13 | | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

order; enclosed $95 check; copy to atty for buyer. AE

11/10/14: Review bill from Roger Stone; prepare Application for Compensation and notice. JDR

11/10/14: Parsons adv. 13-7061:  Further review on statutory citations; revise proposed Judgment against Parsons in adversary case no. 13-7061. JDR

11/10/14:  Jacob Parsons 14-71718:  Prepare questions for first meeting of creditors; to Springfield for first meeting of creditors; appear early to meet with Jim Inghram; Mr. Parsons does not appear, leave after waiting a half hour; return to Decatur. JDR

11/10/14: Review tax returns prepared by Roger Stone for federal and state for THR for 2011, 2012 and 2013; execute all returns and prompt determination letters; follow up letter to Bob Logan to make sure that Jeff Parsons gets his K-1s.-JDR

11/10/14: Vehicles:  Phone call and purchase offer from THR employee for vehicle and trailer; negotiations; drafted memo of offer to Trustee for approval/counter. AE

11/10/14: Jacob Parsons Bankruptcy: Research: jurisdictional basis and timing of Notice of Appeal; incorporation into memo.AE

11/10/14: Prepare application for compensation; review invoice; email to HWA attorneys.AE

11/10/14: Jacob Parsons Bankruptcy: Drafting:  Memo of Law in support of Motion to Dismiss Appeal. AE

11/11/14:  Jacob Parsons 14-71718: Review file; draft Motion for Bankruptcy Rule 2004 Examination of the Debtors. JDR

11/14/14: Jacob Parsons Bankruptcy. Edits and amendments to Memorandum of Law pursuant to Trustee request; added "background" section.  Incorporated argument around violation of 9011.AE

11/17/14: Jacob Parsons Bankruptcy. Continue amending final version of Memorandum of Law. AE

11/18/14: Jacob Parsons 14-71718: Review notice from Court; draft Order Granting Relief from Automatic Stay to allow Adv. No. 14-07008 to go forward as to Jacob Parsons.  JDR

11/11/14: Vehicles:  Review Trustee counter offer to Fred Dillon.  Phone call to Mr. Dillon.  Draft Motion and Notice to Sell. AE

11/12/14: Jennifer Parsons adv. 14-07045: Phone call from Steve Tagge re: status of records; discussion of Trustee's intent to still conduct deposition prior to Jennifer Parsons' move date.AE

11/15/14: Jacob Parsons Bankruptcy: Continue amending and incorporating supporting case law into memorandum of law in support of motion to dismiss appeal. Incorporate alleged violations of Rule 9011 into Motion as well as Memorandum.AE

11/17/14: Vehicles:  Draft Motion to Withdraw Report of Sale re: vehicle titles being issued for two holdout vehicles.AE

11/17/14: Jennifer Parsons adv. 14-07045: Review 2004 exams, notes, etc. in prep for afternoon deposition.AE

11/18/14:  Jacob Parsons, No. 14-71718:  Hearing on Jacob Parsons' case in Springfield; motion to dismiss denied; motion for 2004 exam allowed, plus partial travel time. JDR

11/18/14: Jennifer Parsons adv. 14-07045: Travel to and conduct deposition of Defendant.  Post-depo conference with Defendant and attorney Peggy Ryan.AE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM
**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson
**Filed (f) or Converted (c):** 09/10/12 (f)
**§341(a) Meeting Date:** 10/22/12
**Claims Bar Date:** 10/01/13

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

11/19/14: Jacob Parsons Bankruptcy. Review photos of vehicles allegedly driven by Jacob Parsons at Uncle Bucks and Lake of the Ozarks after bankruptcy filing to see if they are undisclosed THR assets.AE

11/19/14: Canler adv. 14-07040: Attempt to located Def's birthdate through LEXIS reports (not enough information).  Draft SCRA affidavit.  Draft Motion for Default judgment.AE

11/19/14: Spencer adv. 14-7043: Attempt to locate Def's birthdate for search of SCRA website; draft and sign affidavit of SCRA; draft Motion for Default Judgment. AE

11/20/14: PayPal adv. 14-7049: Draft Motion for Default Judgment; Draft and send letter to Attorney Kara Ricurpo re: motion filed at Trustee's request; will seek costs if no responses received.AE

11/20/14: Review audio testimony of Jeff Parsons in Wage case. AE

11/21/14: Heritage adv. 14-7039: Continue drafting Rule 26 disclosures. AE

11/24/14: Heritage adv. 14-7039:  Continue drafting Rule 26 Disclosures.  Review and respond to email from attorney for Defendant and their Rule 26 disclosures.AE

11/24/14: IRS adv. 14-7048: Begin drafting Rule 26 Disclosures.AE

11/24/14: State of IL adv. 14-7047: Begin drafting Rule 26 Disclosures.AE

11/25/14: Heritage adv. 14-7039: Telephone conference re: Rule 26 Disclosures and Pretrial Memorandum with Andy and Mark Moore.  JDR

11/25/14: IRS adv. 14-7048: Review email from Attorney Noll re: IRS defenses; begin drafting Joint pretrial statement. AE

11/25/14: Heritage adv. 14-7039: Finalize Rule 26 disclosures.  Draft and complete proposed joint pretrial statement.  Send same to Heritage.  Rule 26 conference with Attorney Moore and Trustee.AE

11/26/14:  Heritage adv. 14-7039: Review Joint Pretrial Statement and Rule 26 Disclosures prior to conference with Dee Ruckman. JDR

11/26/14:  IRS adv. 14-7048: Review Rule 226 Disclosures and Pretrial Statement prepared by Andy; approve same for transmission to Gail Noll. JDR

11/26/14: IRS adv. 14-7048: Review Rule 226 Disclosures and Pretrial Statement prepared by Andy; approve same for transmission to Bill Katich. JDR

11/26/14: IRS adv. 14-7048: Incorporate factual allegations and unique legal issues into proposed joint pretrial statement; discussion with Trustee; email Rule 26 disclosures and draft of pretrial statement for Gail Noll for her input and approval.AE

11/26/14: State of IL adv. 14-7047: Review email correspondence from attorney Katich; phone call to Bill Katich to discuss Rule 26 disclosures and pretrial statement.AE

11/26/14: PayPal adv. 14-7049: Review and respond to Email correspondence with Attorney Ricurpo; answer/production by end of next week or file Motion for DJ. AE

11/28/14:  IRS adv. 14-7048:  Review correspondence from Gail Noll and Supreme Court decision cited by Gail to counter the preference argument; significant online legal research. JDR

11/29/14:  IRS adv. 14-7048:  Final look at basically all cases throughout the country; detailed letter to Gail Noll outlining my position on the legal principles involved

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 12-72022 GM | | | Trustee: | (330310) | Jeffrey D Richardson | |
|---|---|---|---|---|---|---|---|

**Case Name:** THR & ASSOCIATES, INC.

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Period Ending:** 09/30/21

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

and requesting informal discovery; copy to Bill Katich since this also touches on the State of Illinois adversary.  JDR

12/1/14: Heritage adv. 14-7039:  Review edits of Heritage Defendants; add language concerning initial transferee; email response to Attorney Moore re: electronic signature needed prior to filing; obtain Trustee authorization to file.  File pleading. AE

12/1/14: Jennifer Parsons adv. 14-07045:  Review and pay invoice from Midwest Litigation. AE

12/1/14:  Todd Green adv. 14-7008:  Review file and status of Order lifting the stay on Jacob Parsons; draft Motion for Default Judgment as to Jacob Parsons and Uncle Buck's Trading Post, LLC.  JDR

12/4/14:  Prepare Order on Second Application of Interim Compensation for Accountant. JDR

12/3/14: Parsons adv. 13-7061:  Review audio transcript for information; attempt to obtain contact information on Jeff Parsons; email to attorney Quivey requesting info; memo to Trustee on info from audio. AE

12/3/14: PayPal adv. 14-7049: Email correspondence with Attorney Ricurpo re: Motion for Default; accounting; demand for production by end of week.  Several additional email corresponds re: status of matter. AE

12/4/14: Heritage adv. 14-7039:  Prepare for pretrial conf. call; participate pretrial conf. call; next hearing scheduled for March 5, 2015 at 1:30 p.m. JDR

12/4/14: State of IL adv. 14-7047:  Prepare for pretrial conf. call; participate pretrial conf. call; next hearing scheduled for March 5, 2015 at 1:30 p.m. JDR

12/4/14:  IRS adv. 14-7048:  Prepare for pretrial conf. call; participate pretrial conf. call; next hearing scheduled for March 5, 2015 at 1:40 p.m. JDR

12/4/14: Canler adv. 14-07040:   raft and prepare Citation to Discover Assets and Citation Notice. LR

12/414: Heritage adv. 14-7039: Locate info on DocuSign; compile records and draft subpoena for pertinent Docusign records. AE

12/5/14: Jennifer Parsons adv. 14-07045: Review message from Steve Tagge requesting extension.  Memo to Trustee.  Phone call to Brian Denny re: records for Jack Holder; Phone call to Steve Tagge re: additional records needing to be produced. AE

12/5/14: Jennifer Parsons adv. 14-07045: Meet with Brien Denny, Denny Jewelers to obtain records from Jennifer Parsons and Jack Holder jewelry sales.  Review records. AE

12/5/14: Phone call from Al Moot re: THR Personnel files; need subpoena to provide any information; records in Pisula's office.  8508944111  Email to Timothy re: access to files.  Meet with and search for files.  Locate files.  Phone call and letter to Al Harrington. AE

12/6/14: Haberman adv. 14-7031: Draft request to produce all PayPal records discovered in THR subpoena AE

12/6/14: Jennifer Parsons adv. 14-07045: Discussion with Trustee of records; draft subpoena for Jack Holder; request all PayPal records from Defendant after review of THR PayPal records. AE

12/6/14: Chase adv. 14-07044: Review production from Def.  Gauge New Value defense.  Verify invoice amounts post July 6th Payment by Debtor.  Email requesting records of all THR payments from 6/12/14 to present.  Draft Motion to Extend. AE

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)    Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/7/14:  Jennifer Parsons adv. 14-07045:  Review transcript of November 18th deposition. JDR

12/8/14:  Todd Green adv. 14-7008: Review Notice from Court; draft Default Judgment against Jacob Parsons and Uncle Buck's Trading Post, LLC.  JDR

12/8/14: Haberman adv. 14-7031:  Begin drafting Rule 26 Disclosures and Joint Pretrial Statement AE

12/8/14: Haberman adv. 14-7031: Amend Request to Produce.  Incorporate supporting evidence for support of facts to be proven. AE

12/8/14: Parsons adv. 13-7061: Phone call from FBI following up on my request for any information on Parsons whereabouts to serve Citation to Discover Assets. Search Levy Co. FL property record and LEXIS for info on property used to send docs to Attorney Quivey. AE

12/8/14: Parsons adv. 13-7061:  Amend Citation and Citation Notice; to Trustee for Approval. AE

12/8/14: PayPal adv. 14-7049: Email correspondence and copy of order dismissing case to attorney Kara Ricurpo for PayPal. AE

12/9/14:  Todd Green adv. 14-7008:  Review status of  adversary case on court's docket; listen to entire court hearing conducted a week ago; draft proposed agreed initial discovery order; joint letter to John Myers and Tom Pavlik.  JDR

12/9/14: Haberman adv. 14-7031: Rule 26 conference with Attorney Linder; discussion of Pretrial Statement and Rule 26 disclosures.  Follow up with Trustee re: conference and plan; discussed possibility of Attorney Linder withdrawing. AE

12/9/14: McLeod adv. 13-7048:  Review correspondence from Andy Covey and Allen Yow re: extension of time to plead; respond to same. JDR

12/10/14:  PayPal adv. 14-7049: Draft Application for Compensation and Notice. JDR

12/10/14: Jennifer Parsons adv. 14-07045: Amend Request to Produce to Jack Holder and Jennifer Parsons. AE

12/10/14: Haberman adv. 14-7031: Amend Joint pretrial statement for Trustee approval. AE

12/10/14: Haberman adv. 14-7031: Amend Request to Produce to incorporate bank records, sales records, and other receipt of THR property.  Email correspondence to Attorney Kevin Linder. AE

12/1014: UPS adv. 14-7036: Review and respond to email correspondence with Attorney Jordan; amend Motion to Extend.  File Motion to Extend. AE

12/11/14: Vehicles:  Phone conference with Carrie Leitner re: needs to issue new title; letter to IL SOS; letter to Marvin Edwards. AE

12/11/14: Heritage adv. 14-7039: Review Docusign subpoena; make slight amendments to  subpoena and letter.  To Trustee for approval. AE

12/12/14:  Todd Green adv. 14-7008:  Review comments from Tom Pavlik and John Myers re draft of additional discovery order; letter to John Myers with revised language for John's approval. JDR

12/12/14: Haberman adv. 14-7031: Phone conference with Attorney Linder re: status of rep of Haberman; forwarded email she sent to Linder; will follow up Monday re: pretrial or Motion to Withdraw. AE

12/13/14:  Todd Green adv. 14-7008:  Review of correspondence; redraft Agreed Discovery Order; letter by email to John Myers and Tom Pavlik. JDR

12/15/14:  Jacob Parsons 14-71718:  Prepare for and appear in Springfield concerning Bankruptcy Rule 2004 examination.  JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/15/14: Haberman adv. 14-7031: Phone call (LM) to attorney Linder re: his continuing participation in this case.  Prepared and PDF'd single party pretrial statement.  Finalized and sent Rule 26 disclosure.  Phone conference with Attorney Linder re: continued participation in case; desire to remove name from Pretrial.  Amended Pretrial.  Prepared Cert. of Service for Rule 26 disclosures.  Filed Pretrial and Cert.  Sent Letter and CD exhibits to Attorney Linder AE

12/16/14: Todd Green adv. 14-7008: Phone message to Attorney Myers re: Roger Stone insolvency opinion. AE

12/16/14: Todd Green adv. 14-7008:  Research:  Review CDIL opinions on insolvency, actual fraud and constructive fraud.AE

12/17/14:  Green contempt:  Review status of case and correspondence from John Myers; draft Motion to Dismiss Todd Green Petition for Adjudication of Civil Contempt.  JDR

12/18/14: Haberman adv. 14-7034: Prepare for pretrial and tel. pretrial.JDR

12/23/14:  Prepare Order on Application for Attorney's Fees for Janet Northrup.  JDR

12/24/14: Review notice from Court; letter to Janet Northrup with check for her fees. JDR

12/24/14: McLeod adv. 13-7048:  Review correspondence from Brad re potential buyer; review sale contract; review proposed closing statement; e-mail to Brad with copy to Andy Covey. JDR

12/29/14: Parsons adv. 13-7061:  LEXIS and online research to attempt to obtain location information on debtor/defendant.. AE

12/29/14: Todd Green adv. 14-7008:  Review correspondence from attorney Myers.  Review records.  Phone conference with Attorney Myers re: location of records on Rule 26 disclosures.  Compile PayPal records and other info on CD for submission.  Email to Roger Stone requesting assistance on document production.  Letter to Roger Stone re: items requested by John Myers. AE

12/30/14: Jennifer Parsons adv. 14-07045: Phone conference with Steve Tagge re: status and clarification on Request to Produce; discussion of PayPal account records; request to produce AE

12/31/14:  Draft Order on Motion to Sell Free and Clear of Liens. JDR

12/31/14: Todd Green adv. 14-7008: Review corporate records and begin compiling documents responsive to Myers' request for production.  Scan several items.  Letter to Roger Stone.  Search records for PNC statements.  Phone call to copy store.  Email to Pavik and Simhauser re: request for prod; email between all parties re: format of production and extension due to holiday break.AE

1/5/15 Haberman adv. 14-7034:   Telephone conference with Kevin Linder re: hearing tomorrow and Ms. Haberman's position in the matter.  JDR

1/5/15: Todd Green adv. 14-7008: Phone call to schedule doc reproduction and inquire as to scanner availability. ASE

1/5/15: Todd Green adv. 14-7008:  Compile docs pursuant to request to produce.  Call to copy store.  Trip to copy store.  Email to opposing parties re: status of production. ASE

1/5/15: Jennifer Parsons adv. 14-07045: Review PayPal records; compile subpoena'd paypal records and sent to attorney Tagge pursuant to Trustee request. ASE

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | | Claims Bar Date: | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

1/6/15:  Jacob Parsons No. 14-71718:  Prepare Order on Second Motion to Extend Time to Object to the Debtors' Discharge.  JDR

1/6/15 Haberman adv. 14-7034:  Prepare for hearing in Springfield; to Springfield for 9:00 am hearing; Kevin Linder comes 20 minutes late; Kevin wihtdrawals; hearing reset for new appearance of counsel; return to Decatur plus partial travel time. JDR

1/8/15: Check Pacer to make sure no claims have been stricken, amended or withdrawn, minor revisions to claim nos. 244, 245, 247, 248, 249, 250, 251, 264, 265, 269, 272, 261, 274, 276, 278 and 279, print out for Trustee's signature and upload with the Court. LR

1/9/15: Check Pacer to make sure no claims have been stricken, amended or withdrawn, minor revisions to claim nos. 277, 283, 285, 284, 49, 190 & 237; print out original copies for Trustee's signature and upload with the Court. LR

1/9/15: Jennifer Parsons adv. 14-07045: Return phone call and LM to attorney Steve Tagge. ASE

1/9/15: Heritage adv. 14-7039: email correspondence to Dee Ruckman re: Docusign subpoena and availability for deposition scheduling. ASE

1/9/15: Todd Green adv. 14-7008: Trip to copy store to pick up production.  Copy to file.  Duplicate.  Production sent to John Myers and Tom Pavlik.  ASE

1/14/15: Check Pacer to make sure no claims have been stricken, amended or withdrawn, minor revisions to claim nos. 280, 286, 287, 288, 289, 240, 241, 257, 281 and 290, print out for Trustee's signature and upload with the Court. LR

1/12/15 Canler adv. 14-07040:   Telephone conference with Timothy in New Orleans re: difficulty in serving Ms. Canler; run updated Lexis search; letter to process server. JDR

1/12/15  McLeod adv. 13-7048:  Review Andrew Covey's Motion to Approve the Parsons' settlement; draft my own Second Motion to Approve McLeod adversary case settlement and notice; review correspondence from Allen Yow; letter to Allen.  JDR

1/14/15 UPS adv. 14-7036: Review file, notes, and information produced; draft Motion to Dismiss due to Defendant's new value defense.  JDR

1/14/15: Heritage adv. 14-7039:  Phone calls with Mark re: depo scheduling; identification of deponents. ASE

1/15/15: Check Pacr  to make sure no claims have been stricken, amended or withdrawn; minor revisions to claim nos. 223, 267, 291, 293, 292, 295, 296, 282 and 294, print out for Trustee's signature and upload with the Court. LR

1/15/15: UPS adv. 14-7036: Review email and spreadsheet of UPS invoices and payments from attorney Jon Jordan.  Respond to email with request for confirmation on info in spreadsheet and verification that it accounts for all pref (and post petition) payments.  Phone conference with Attorney Jordan re: rejected EFT transfers. Verify all attempted payments other than those we knew about were rejected.  Verify new value claim based on invoices. ASE

1/15/15: Vehicles: Letter to Fred Dillon.  Locate titles; await receipt of purchase funds. ASE

1/15/15: Vehicles: Letter to Pete Sievert re: THR truck on his property. ASE

1/22/15: Chase adv. 14-07044: Email to attorney Kevin Driscol re: Rule 26; Pretrial statement; settlement correspondence; transfers unknown to Chase.  Prepare Rule 26 and Pretrial. ASE

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

1/22/15: Chase adv. 14-07044: Review Rule 26 disclosure from Defendant. Review Defendant's portion of pretrial statement. Incorporate, PDF and file. ASE

1/23/15: Vehicles: Phone call from Pete Sievert re: Truck purchase agreement. ASE

1/23/15: Vehicles: Phone call from Fred Dillion. ASE

1/26/15: Heritage adv. 14-7039: Phone message from Noll Wind at Docsign re: her request for assistance. ASE

1/26/15: Heritage adv. 14-7039: Phone call from Noll Wind at Docusign. Discussion of their company's need for Court Order to provide information on accounts requested. Drafted Motion to Compel. ASE

1/27/14: Jacob Parsons 14-71718: Prepare proof of claim and file same. JDR

1/27/15: Phone calls from Gordon Gates re: objection to client's claim (Greg Renton); not included on list of creditors or notice of claims date. ASE

1/28/14: Follow up call to Bill Caddage at the Attorney General's office re sales tax we are holding. JDR

1/29/15 JPMorgan Chase adv. 14-07044: Telephone pretrial conference. JDR

2/2/15: Parsons adv. 13-7061: Run LEXIS report to search for updated address information. ASE

2/3/15: Parsons appeal: Review order entered by Judge Myerscough. JDR

2/3/15: Heritage adv. 14-7039: Email to Mark Moore re: status of Docusign Production; phone conference call (LM) with Trustee to Dee Ruckman. ASE

2/3/15: Continue review of closed adversary cases for those which the Trustee has not yet received payment on or made disbursements. LR

2/3/15: Heritage adv. 14-7039: Review Court's deficiency notice re: proposed order. Memo to trustee on deficiency and suggested actions. ASE

2/3/15: Heritage adv. 14-7039: Email between attorneys Mark Moore, JDR, and Dee Ruckman re: procedure; motion to compel; deposition rescheduling. ASE

2/3/15: Jennifer Parsons adv. 14-07045: Phone call from Steve Tagge re: status of PayPal record inspection. Discussion of home sale and proceeds and gun in their office. Email to Kurt re: inspection of gun for value. ASE

2/4/15: Parsons adv. 13-7061: Review change of address. Phone call to Attorney Pisula's office to confirm address is that of Jeff Parsons. Amend Citation and Citation Notice. Phone conference with Trustee. LEXIS property report on new address at 2202 Summer Bay Ct. Sugarland TX. Phone conference with Timothy re: status of hearing and suggestions. ASE

2/5/15: Misc. Assets: Review and respond to several emails from Kurt re: gun; appraisal; opinion of value; plan for sword. Phone call from Kurt re: items and tips on Jan Sale of allegedly Jennifer Parsons items. ASE

2/6/15: Jennifer Parsons adv. 14-07045: Phone conference with Steve Tagge re; continuance based on impending settlement. Discussion of Patty Doyle auction; Covey on board. ASE

2/6/15: Email to Charlie Covey re: Pike Co. auctioneer believed to be in possession of THR trailers. ASE

2/9/15: Dass adv no. 12-07057: Letter to Shaner's Towing re payment of court costs; tickler memo to file. JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:**  (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:**  09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a) abandon.** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

2/9/15: Haberman adv. 14-7034:  Phone call with Defendant; discussion of her representation by attorney and plan to call me back in day or so. ASE

2/10/15: McLeod adv. 13-7048:  Review deficiency notice from court; draft order concerning second motion to approve comrpromise. JDR

2/10/15: LoPicollo adv. 14-07046:  Court hearing in Springfield on status of case; oral motion to dismiss due to my inability to locate defendant. JDR

2/10/15: Beck adv. 14-07042:  Court hearing in Springfield on status of case; oral motion to dismiss due to my inability to locate defendant. JDR

2/11/15: Heritage adv. 14-7039:  Brief research on Motion to Compel discovery by non-party; begin drafting Motion to Compel. ASE

2/12/15: McLeod adv. 13-7048:  Review correspondence from Allen Yow; draft comprehensive General Release of the adversary case and all other claims; letter to Allen Yow with copies to Andy Covey and Charlie Covey.  JDR

2/12/15: McLeod adv. 13-7048:  Revisions to Release and forward same to Allen Yow.  JDR

2/13/15: Initial set up spreadsheet on treatment of all claims, date objections were filed and whether an order had been entered as to the objections. LR

2/15/15:  IRS adv. 14-7048:  Go through production of IRS to reconcile with cases.  JDR

2/16/15:  IRS adv. 14-7048: Begin work on Request to Admit.  JDR

2/16/15:  Review two emails from Robert Doty on my Objection to Claim No. 190-1 of the Ohio Bureau of Workers' Compensation and cases cited by Doty; draft Motion to Withdraw Objection to Claim No. 190-1 Without Prejudice; email to Doty; letter to Roger Stone. JDR

2/16/15: Continue to work of claims spreadsheet, checking PACER for Orders entered allowing claims objections. LR

2/17/15:  Review correspondence from Christina Brown at the City of Alexandria attorney's office; review amendment Christina attaches; check status; amended claim not on file; numbers are now different; draft Motion to Withdraw Objection to Claim No. 286-1 Without Prejudice; email to Christina Brown.  JDR

2/17/15:  Telepone conference with Stan McGuffin, attorney for Colonial Life Insurance; draft Motion to Withdraw Objection to Claim No. 261-1 Without Prejudice; draft Second Objection to Claim; email to McGuffin.  JDR

2/18/15: State of IL adv. 14-7047: email exchanges with attorney Bill Katich re: needs to progress and desire to discuss other THR matters; schedule phone call tomorrow afternoon. ASE

2/19/15: IRS adv. 14-7048: Tel. conf. Bill Katich re status of adversary. JDR

2/19/15: Tel. call Bill Katich re payment of sales taxes and other  issues involving distribution. JDR

2/19/15: Tel. call Bonnie Clair who represents Jordan Parsons on my objection to Jordan's claim. JDR

2/19/15: Review objection to claim of Jordan Parsons. ASE

2/20/15: Updates to claims spreadsheet, checking PACER for  Orders that have been entered on Trustee's Claims Objections. LR

2/20/15: Phone conf. with FBI re: status of Jordan and Jacob Parsons. ASE

2/22/15: Pull all files for adversary cases that have been closed; begin reviewing files for any adversaries the Trustee has been paid on and those which he has not yet

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM |
|---|---|
| Case Name: | THR & ASSOCIATES, INC. |
| Period Ending: | 09/30/21 |

| | |
|---|---|
| Trustee: | (330310)    Jeffrey D Richardson |
| Filed (f) or Converted (c): | 09/10/12 (f) |
| §341(a) Meeting Date: | 10/22/12 |
| Claims Bar Date: | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

received any disbursement on.  LR

2/23/15:  Dass adv. 12-7057:  Prepare Citation to Discover Assets and file same with all related documents.  JDR

2/23/15:  Parsons adv. 13-7061:  Relatively long tel. conf. with Jeff Parsons' new attorney about hearing tomorrow and status of case.  JDR

2/23/15:  Todd Green adv. 14-7008: review and respond to email discovery request from attorney John Myers; retrieve and copy Sally Runyon deposition from divorce case; scan and email to Attorney Myers along with letter explaining distribution report which as not put together by Roger Stone but was pulled from Debtor's server and MAS 90 system. ASE

2/23/15  Parsons adv. 13-7061:  Review correspondence from opposing counsel; reply to same with copy to Charlie Covey.  JDR

2/24/15:  Parsons adv. 13-7061: Court hearing in Springfield on Citation to Discover Assets; Citation continued to April 7th at 9:00 am; letter to Kenny Sumner, Jeff Parsons' attorney, re: Citation and inquring about deposition times; plus partial time. JDR

2/24/15 Jacob's Objection to Discharge:  Telehpone conference with (time entry redacted as to the name of recipient); legal research on 727 objections possible for Jacob.  JDR

2/24/15:  MASCO adv. 13-7031:  Draft Order allowing contingency fee.  JDR

2/25/15:  Dass adv. 12-7057:  Letter to process server enclosing Citation to Discover Assets.  JDR

2/25/15: Research:  Health Saving Accounts in Bankruptcy. ASE

2/25/15: Review approximately 100 claims with Trustee noting no objection; check PACER to see if any are amended, duplicate, stricken or withdrawn; note no objection to each of the apprx. 100 claims on spreadsheet; claims with no objection to be noted in BMS. LR

2/26/15: Jacob Parsons Bankruptcy.  Review all 2004 exams, audio from various 341 meetings, sworn schedules, etc. for inclusion into objection to discharge; begin amendments to draft objection to discharge.ASE

2/27/15: Jacob Parsons Bankruptcy. Continue review of materials and drafting and amendment of objection to discharge. ASE

2/27/15:  Review correspondence from Ed Costa; draft Agreed Order as to Claim No. 237-1, 240-1, and 241-1; correspondence to Ed Costa.  JDR

3/2/15:  Pike County real estate:  E-mail to Allen Yow re conclusion of the sale; memo to the file.  JDR

3/2/15:  General:  Phone call from Kym Haberman; discussion of furniture and need to get approval from her attorney, David Leefers, prior to speaking further.  Phone call and LM to attorney Leefers. AE

3/3/15:  Jacob's Objection to Discharge: Download and reivew pleading as filed; memo to Andy (balance of time entry redacted a to name of recipients).  JDR

3/3/15:  Jacob's Objection to Discharge No. 15-7009:  Complete certificate of service of adversary summons; file same.  JDR

3/4/15: Heritage adv. 14-7039: Phone call to Jeff Parsons' attorney re: deposition scheduling.  Phone to Dee Ruckman re: tomorrow's hearing.  LM with attorney Kenny Sumner re: Parsons' availability.  Email to Dee and Docusign materials sent. AE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|

**Case Name:**   THR & ASSOCIATES, INC.

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Period Ending:**   09/30/21

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/4/15: Todd Green adv. 14-7008: Conference with Trustee re: discovery status.  Find and send THR articles of incorporation from 2008 to Trustee. JDR

3/4/15: Todd Green adv. 14-7008: Phone call to John Myers requesting extension to discovery deadline. AE

3/4/15: IRS adv. 14-7048:  Phone conference with Gail Noll re: status of doc production, Levy information; proposal and bounced payments. AE

3/4/15: State of IL adv. 14-7047:  Search THR computers for IDR payments for submission to Bill Katich; compile into spreadsheet and send to Bill.  Phone call to Bill re: same and my submission. AE

3/5/15: IRS adv. 14-7048:  Review correspondence from Gail Noll re settlement; respond to same. JDR

3/5/15  State of IL adv. 14-7047:  Review Andy's memo on preference payment breakdown.  JDR

3/5/15: IRS adv. 14-7048:  Review documentation provided by attorney Gail Noll; compare to Chase Bank records.  Compile detail report on all NASCOAL transfers believed to be IRS Levy.  Request additional information on $133k. Transfer believed to be made to IRS which is unaccounted for.  Phone calls to Trustee and Gail Noll (2x each).  AE

3/5/15: IRS adv. 14-7048:  Participate in telephone pretrial hearing. AE

3/5/15: State of IL adv. 14-7047: Phone call and email to Bill Katich re: 133k levy. AE

3/5/15: State of IL adv. 14-7047: Participate in telephone pretrial hearing. AE

3/5/15: Heritage adv. 14-7039:  Participate in telephone pretrial hearing AE

3/5/15: Chase adv. 14-07044: Compile all transfers and details on checks, account nos., and descriptions for submission to attorney Kevin Driscoll; email to attorney Driscoll re: same and confirmation that NASCOAL is IRS Levy. AE

3/6/15: Check adversaries for any cases where attorney expenses ie filing fees have not been paid out. LR

3/6/15: Review last few closed adversary cases for any that Trustee has received payment for but has not made any disburment on, memo to Trustee re: disposition of each closed adversary and whether all disbursements have been made. LR

3/6/15: Jennifer Parsons adv. 14-07045:  Phone call from attorney Steve Tagge; discussion of progress of Order authorizing 2004 exam of Patty Doyle; representation that they have the inventory and price list which he will find and send. ASE

3/6/15: Sales of Mis. Inventory:  Review and format inventory of sword gun, etc.  Correspond with Kurt re: scheduling.  Prepare Motion and Notice to Sell. ASE

3/10/15: McLeod adv. 13-7048:  Review correspondence from Allen Yow and revisions to General Release requested; make revisions to General Release; letter to Allen Yow.  JDR

3/10/15: McLeod adv. 13-7048 (trustee time):  Review multiple correspondence and versions of settlement documents including HUD statement for status of closing and payments to me. JDR

3/10/15:  Review correspondence from Attorney Stanley McGuffin who represents Colonial Insurance including documents provided; also read Supreme Court case

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|
| Case Name: | THR & ASSOCIATES, INC. | Filed (f) or Converted (c): | 09/10/12 (f) | |
| | | §341(a) Meeting Date: | 10/22/12 | |
| Period Ending: | 09/30/21 | Claims Bar Date: | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

cited by McGuffin; I conclude that  I disagree that this is authority to support their claim; conf. with Laura in my office to assign her to do further legal research.   JDR

3/10/15: Phone call to Rob @ Horizon .  Email to Scott (auditor) re: insurance policy in effect at time the plane was there. ASE

3/10/15: Todd Green adv. 14-7008:  Email correspondences with Attorney John Myers re Interrogs and RTPs, extension, etc. ASE

3/12/15: Todd Green adv. 14-7008: Draft responses to Interrogs and Requests to Admit. ASE

3/13/15: Draft and prepare Objection to Claim nos. 78-1 and 262-1 as duplicates of another claim, upload with the Court. LR

3/13/15: Todd Green adv. 14-7008: Review Debtor's 2008 to 2012 tax returns for locate salary information for Jeff Parsons; attempt to locate other compensation outside of Distributions in Exhibit E. pursuant to Request to Admit and Interrogs.   ASE

3/14/15:  Review correspondence from Roger Stone and proposed federal and state income tax returns for 2014 plus K1 schedule; revise letter to Jeff Parsons; sigh all tax documents and prompt determination request; file same. JDR

3/16/15:  Todd Green adv. 14-7008:  Review Responses to Green and Panther 4700 LLC's First Request to Admit and Second Set of Interrogatories; make revisions to same; notes to Andy.  JDR

3/16/15: Review correspondence from Stanley McGuffin re: Colonial Life Insurance claim, including attached case law, shepardize attached case; legal research re: priority status for life insurance and who is the proper party to file a claim for unpaid premiums?  LR

3/16/15: Chase adv. 14-07044:  Phone message to attorney Kevin Driscoll re: status of material and details on transfers sent to him.  Draft Request to Admit and Requests to Produce.   ASE

3/16/15: Todd Green adv. 14-7008: Review and amend Discovery responses. ASE

3/16/15: Chase adv. 14-07044:  Review and amend Discovery. ASE

3/17/15: Todd Green adv. 14-7008:  Review RTP and Interrogs of UCB.  Draft responses. ASE

3/17/15: Finish legal research on priority status for life insurance and proper party to file claim, report to Trustee findings that life insurance premiums are considered fringe benefits accorded priority status and it appears the insurance company or individual insured can file a claim. LR

3/18/15: Draft and prepare Motion to Withdraw Second Objection to Claim no. 261-1 for Trustee's review and signature. lr

3/18/15: Claim Objection:  Bonnie Claire.  Phone conf. re: objection to discharge. AE

3/18/15: Todd Green adv. 14-7008:  Review records for responsive docs re: payments from Jacob Parsons to UCB or Panther.  Supplement disclosures to Attorneys Green, Simhauser and Pavlik. ASE

3/18/15: Todd Green adv. 14-7008: Compile responsive docs to RTP re: payments by Jacob Parsons.  Review all 2004 exams and deps for testimony.  Locate relevant sections. ASE

3/19/15: Claim Objections:  Draft Motion to Extend, draft agreed motion for 2004 exam.  Phone conf. with attorney Bonnie Claire. ASE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** (330310) | Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/20/15: Amend motion for 2004 exam of Jordan Parsons as "Agreed Motion for 2004 Exam". ASE

3/20/15: Todd Green adv. 14-7008:  Amend responses to UCB discovery. ASE

3/24/15: Parsons adv. 13-7061: Phone message to attorney Sumner re: scheduling of Parsons' deposition.  Email follow up. ASE

3/24/15: Parsons adv. 13-7061: Return call and LM for attorney Sumner. ASE

3/24/15: Haberman adv. 14-7034: Draft additional discovery materials for submission to Haberman's attorney.  Phone call attorney Leefers. ASE

3/24/15:  Haberman adv. 14-7034:  Status hearing in Springfield; brief discussion with David Leefers prior to hearing plus partial travel time.  JDR

3/24/15:  Dass adv. 12-7057:  Court hearing in Springfield; Defendant does not appear; prepare Order to Show Cause plus partial travel time.  JDR

3/25/15: Todd Green adv. 14-7008: Phone call with attorney Myers re: Parsons deposition.  Conf. with Trustee. ASE

3/25/15: Heritage adv. 14-7039: Brief review of document containing alleged docusign info; phone call and email to Mark re: source of information and identity of preparer. ASE

3/25/15:  Jacob Parsons Bankruptcy:  Review Judge Myerscough's Opinion.  JDR

3/25/15: Haberman adv. 14-7034: Phone call from attorney David Leefers re: status of Discovery; allegation that Haberman will no longer be with Parsons although she will be in town next week.  Asked for proposal based on his allegations that she will not be able to pay any judgment. ASE

3/25/15:  Dass adv. 12-7057:  Download Order to Show Cause; send same to defendant.  JDR

3/26/15:  Todd Green adv. 14-7008:  Settlement conf. in my office with John Myers.  JDR

3/26/15: Todd Green adv. 14-7008: In office meeting with attorney Myers and Trustee. AE

3/27/15: Parsons adv. 13-7061:  Half hour telephone conference with Monroe McWard re : citations and depositions.  JDR

3/27/15: Check PACER to complete spreadsheet with status on claims, whether they have been objected to and whether an Order has been entered. LR

3/27/15:  Todd Green adv. 14-7008:  Telephone conference with attorney for Todd Green re: citations and depositions.  JDR

3/30/15: McLeod adv. 13-7048:  Review file; memo to file; draft initial draft of application for compensation. JDR

3/30/15:  Review correspondence from Roger Stone; draft Second Objection to Claim No. 190-1 of the Ohio Bureau of Workers' Compensaation and file same; letter to Roger Stone re: same. JDR

3/30/15: Chase adv. 14-07044: Phone message to attorney Kevin Driscoll re: status of discovery and possible request for extension. AE

3/31/15: Review claims list to check whether claims 108 & 109 were filed as unsecured, no objection to those claims.  Draft and perpare objection to claim nos. 33 and 150. LR3

3/31/15: Chase adv. 14-07044: Phone call from attorney Kevin Driscoll re: discovery status; account charges, and explanation letter and settlement offer which is coming. ASE

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Page:  28

**Case Number:**   12-72022 GM

**Case Name:**   THR & ASSOCIATES, INC.

**Period Ending:**   09/30/21

**Trustee:**   (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:**   10/22/12

**Claims Bar Date:**   10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

4/1/15: Heritage adv. 14-7039:  Begin attempting to match docusign production from Heritage with records already in possession using alphanumeric identifiers.  Attempt to match doc date with send date and sign date. ASE

4/1/15: Update to spreadsheet with recentluy filed Claims Objections and Orders entered allowing claims. LR

41/15: Begin updating expense spreadsheet with all expenses paid out by Trustee. LR

4/2/15: Heritage adv. 14-7039:  Phone call to attorney Monroe McWard re: Parsons' attendance at dep.  Phone call to Dee re status and deal. ASE

4/3/15:  Prepare Third Application for Interim Compensation of Accountant.  JDR

4/3/15: Tel. conf. with Terry Moody and Andy Erickson re FBI interview with Kim Haberman. JDR

4/3/15: Parsons adv. 13-7061:  Tel. conf. Monroe McWard; conf. call with Monroe and Jeff Parsons re agreement to continue citation if Jeff Parsons appears at depositions.  JDR

4/3/15:  Tel. conf. Bonnie Clair re examination of Jordan Parsons.  JDR

4/6/15:  Jacob's Objection to Discharge adv. 15-7009:  Review notice from Court; prepare Affidavits of Non-Military Service as to both defendants; file same.  JDR

4/6/15: Heritage adv. 14-7039: Continued match up of timestamp information on Heritage Auctions. Memo to Trustee to prep for deposition. ASE

4/6/15: Heritage adv. 14-7039: Phone call and email to Dee Ruckman re: missing note timestamp info. ASE

4/7/15:  Todd Green adv. 14- 07008:  Telephone call with Monroe McWard re: continuing citation hearing.  JDR

4/7/15: Parsons adv. 13-7061:  Court hearing on citation in Springfield; case continued to May 12th at 9:00 a.m.; plus partial travel time. JDR

4/7/15: Haberman adv. 14-7031:  Meet with Dave Leefers prior to status hearing; status hearing in court; case continued for defendant's rule 26 disclosures and amended pre-trial statement plus partial travel time.  JDR

4/7/15:  Dass adv no. 12-07057: Hearing on Citation; Citation dismissed on my motion; partial travel time.  JDR

4/7/15:  Todd Green adv. 14-7008:  Prepare for Jeff Parsons' deposition during day (3:00 - 5:00 p.m.); return to office (6:30 p.m.); work until approximately 9:20 p.m.. JDR

4/7/15: Heritage adv. 14-7039: Continue timestamp correlation with overall records. Continue record review and prep for deposition.  Notes on anomolies in timestamps.  Match timestamps, dates on docs, and dates on transfers. ASE

4/7/15: Haberman adv. 14-7031: Email to attorney David Leefers with additional request for proposal and discovery material (original rule 26 disclosures).  Compile and burn records onto DVD rom.  Compose and send letter and DVD to attorney Leefers. ASE

4/8/15: Heritage adv. 14-7039: travel to and attend deposition of Jeff Parsons in Springfield.  Conference with Dee Ruckman and Trustee. ASE

4/8/15:  Heritage adv. 14-7039:  In office at 4:30; prepare for deposition in Springfield; to Springfield for Jeff Parsons' deposition plus partial travel time.  JDR

4/8/15:  Todd Green adv. 14-7008:  To Springfield for Jeff Parsons' deposition plus partial travel time.  JDR

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:**  (330310)   Jeffrey D Richardson |
| **Case Name:**  THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:**  09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

4/8/15: Todd Green adv. 14-7008:  travel to and attend deposition of Jeff Parsons in Springfield.  Conference with attorneys and trustee., JDR

4/9/15:  Return tel. call of Amanda B. about Jeff Parsons' business interests in Texas; phon call two hours later from anonymous source re possible hidden property; tel. call FBI.  JDR

4/9/15:  Prepare Order for Compensation of Attorney Expesnes.  JDR

4/9/15: Update to Claims Objection spreadsheet with noting most recent Orders on Objections entered with the Bankruptcy Court. LR

4/10/15: Todd Green adv. 14-7008: Travel to and attend and participate in Deposition of Frank Kopeckey. ASE

4/13/15:  Draft Order Authorizing Sale. JDR

4/13/15: Jennifer Parsons adv. 14-07045: brief phone call from attorney Steve Tagge re: Motion to extend; no objection from trustee. ASE

4/13/15: IRS adv. 14-7048: draft and send settlement email to attorney Gail Noll re: status of final Augist 20 2012 133k IRS Levy and whether settlement offer still stands. ASE

4/13/15: IRS adv. 14-7048: Review email from Gail Noll; additional follow up email to Chase Attorney Kevin Driscol; re: confirmation that 8/20 133k was IRS levy. ASE

4/14/15:  Jacob Parsons bankruptcy:  Prepare proof of claim in Jacob & Erin Parsons bankruptcy and file same.  JDR

4/14/15: Todd Green adv. 14-7008: Finalize UCB discovery responses.  Amend.  Compile and reproduce.  Send to parties and prepare certificate of service. JDR

4/15/15: Update to expense spreadsheets with all money paid out by the Trustee's office in the last several months. LR

4/15/15: Chase adv. 14-07044: Voice mail left for attorney Driscoll re: status of 133k 8/20 transfer from THR account. ASE

4/15/15: Parsons adv. 13-7061: Run and print LEXIS report on Bree Finch.  Research property records in all names. ASE

4/16/15: Heritage adv. 14-7039: Review Feb 2014 Heritage Account Summary (exhibit 5).  Review and compare Heritage POCs as filed.  Draft letter to Attorneys Ruckman and Moore re: consideration of settlement proposal if discrepancies can be resolved in amounts claimed due. ASE

4/16/15: Heritage adv. 14-7039:  Conf. call with Judge.  JDR

4/16/15: State of IL adv. 14-7047:  Conf. call with Judge.  JDR

4/16/15: IRS adv. 14-7048:  Conf. call with Judge.  JDR

4/16/15: Review file; draft preliminary Motion to Withdaw Objection to Claim No. 276-1 of Jordan Parsons; tel. call Bonnie Clair re same.  JDR

4/17/15:  Informal initial examination of Jordan Parsons.  JDR

4/17/15: Draft and prepare Objection to Claim Nos. 65-2 and 71-2. LR

4/17/15: Vehicles:  Phone call from Brad, purchaser of Purple homemade boat trailer. Requesting info on title.  Requested all available info for search of THR records. ASE

4/23/15: Chase adv. 14-07044: Phone hearing; obtaining continuance to evaluate settlement offer and comply with discovery obligations.  ASE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** | (330310)   Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

4/23/15: State of IL adv. 14-7047:  Legal research: ability to add additional department when State is already named as defendant. ASE

4/23/15: State of IL adv. 14-7047:  Continued research on applicability of Rule 15 and other methods to allow addition of new party to relate back to time adversary complaint was filed. ASE

4/23/15: Vehicles:  Phone all from Krista Storms (937) 681-8025 re vehicle 3GNFK16RZXG235590 on her property.  Will discuss purchase with husband and call back. ASE

4/24/15: Chase adv. 14-07044:  Afternoon legal research on defenses and issues raised by opposing counsel with materials he provided.  JDR

4/25/15: Chase adv. 14-07044:  Responsive letter to Kevin Driscoll to his settlement offer citing my authority to reject his $5,000.00 offer.  JDR

4/27/15: Heritage adv. 14-7039:  1/2 time review corrected deposition transcripts.  Print for Trustee review. ASE

4/27/15: Informal 2004 Examination by telephone of Jordan Parsons. JDR

4/27/15: Todd Green adv. 14-7008: 1/2 time review corrected deposition transcripts.  Print for Trustee review. ASE

4/27/15: Claim Objections:  Particpate in conference call with attorney Bonnie Claire, Jordan Parsons and Debtor re: basis of claim. ASE

4/28/15:  Review returned mail from Click My Video, Inc.; update new address with the Court. JDR

4/28/15: Todd Green adv. 14-7008: Review and several responses to email from attorney John Myers re: scheduling Stone Dep.  Email confirming Roger Stone's availability and requesting final updated report if any opinion has changed from his previous report disclosed to defendants.  Long follow up call with Roger Stone re: scope of deposition; updated report needed; opposing counsel's witness and goal, etc. JDR

4/29/15: Todd Green adv. 14-7008: Several email and phone correspondences with Roger Stone.  Search THR Bank records for all J Parsons account statements.  Scan and attached to long email to Roger. ASE

4/29/15:  Prepare Order Allowing Trustee's Third Applciation for Interim Compensation of Accountant.  JDR

4/30/15: Todd Green adv. 14-7008: Scan doc found in IRS correspondence with estimated THR asset values from Parsons; sent to all parties under continuing disclosure obligations in Rule 26. ASE

4/30/15: IRS adv. 14-7048: Review correspondence from Gail Noll.  Phone call to Gail.   ASE

5/11/15: IRS Issue:  Review several correspondences from companies soliciting service to remove tax liens; search recorders office and discover march 18 2015 IRS tax lien in Macon County on THR.  NFTL unavailable for viewing.  Discussion and memo. ASE

5/6/15: Jacob's Objection to Discharge 15-7009:  Prepare Motion for Default Judgment and Order.  JDR

5/10/16: U-Haul Storage units.  Phone conference with Gian Duran; confusion over additional storage unit in Ukiah, CA (we knew of ID storage unit); shipment of contents to be arranged (prepaid) pursuant to trustee approval. ASE

5/12/15:  Parsons adv. 13-7061:  Court hearing on Citation; by agreement Citation continued to July 14th at 9:00 a.m.; partial travel time.  JDR

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:**  (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:**   10/22/12

**Claims Bar Date:**   10/01/13

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/12/15: IRS adv. 14-7048: Amend Motion, Notice and Settlement Agreement.  Phone call to Gail Noll re: recently discovered tax lien filed in Macon County (message) ASE

5/12/15: IRS adv. 14-7048: Phone call from Gail Noll and Brent Tippen (IRS).  Discussion of March 18 NFTL and withdrawal.  Scan and send to Brent, Gail and Trustee. ASE

5/13/15: Todd Green adv. 14-7008: Phone call from Roger Stone re: tomorrow's depo; discussion of preparation of documents requested and possession of all except transcripts (but has list of cases in stead).  Email to John Myers re: reporter, computer, etc ASE

5/13/15: IRS adv. 14-7048: Review settlement agreement.  Amend Motion and Notice.  Send email with daft agreement to Gail Noll. ASE

5/14/15: Heritage adv. 14-7039:  Call from Trustee. Draft Request to Produce.  Review transcript for example exhibit.  Notice exhibits with Heritage and Green depos were switched.  Correspondence to Midwest Litigation re: new sealed copies with correct exhibits are needed. ASE

5/14/15: State of IL adv. 14-7047: Begin drafting Motion to Amend.  Research on applicability of Rule 15. ASE

5/15/15: Chase adv. 14-07044:  Several email correspondences with attorney Kevin Driscol re: status of Chase's response to settlement offer.  Mutual extension of Discovery deadline based on representation that settlement is an achievable goal. ASE

5/19/15:  Todd Green adv. 14-07008:  Review transcript; draft Motion to Compel Parsons' testimony and appropriate proof of service.  JDR

5/19/15:  Heritage adv. 14-07039:  Review transcript; draft Motion to Compel Parsons' testimony and appropriate proof of service.  JDR

5/19/15: Todd Green adv. 14-7008:  (1/2 time) Review Court Order requiring Memo of law; calendar.  Begin research in prep for memo. ASE

5/19/15: Heritage adv. 14-7039:  (1/2 time) Review Court Order requiring Memo of law; calendar.  Begin research in prep for memo. ASE

5/20/15: Todd Green adv. 14-7008:  (1/2 time)  Review prior 2004 exam transcript and deposition transcripts.  Note topics covered.  Research testimonial waiver in Illinois fed. Court. ASE

5/21/15: Prepare Fee Application (Jacob & Erin Parsons' discharge).  JDR

5/21/15: State of IL adv. 14-7047: Further drafting on Motion to Amend; incorporate statutory language.  Draft Proposed First Amended Complaint.  Add second Count for transfer to IDES rather an inclosing in one count. ASE

5/21/15: Auctions:  Review correspondence and spreadsheet results from Aumann Auctions.  Format and incorporate into report of sale.  Letter to Jodi at Aumann re: procedure.  Calculate expenses.  Re-format ad expenses.  ASE

5/22/15: Todd Green adv. 14-7008: Continued research and drafting on Memo of Law (1/2 time) ASE

5/22/15: Heritage adv. 14-7039:  (1/2 time)  Review prior 2004 exam transcript and deposition transcripts.  Note topics covered.  Research testimonial waiver in Illinois fed. Court. ASE

5/22/15: Heritage adv. 14-7039: Continued research and drafting on Memo of Law (1/2 time) ASE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**  12-72022 GM
**Case Name:**  THR & ASSOCIATES, INC.

**Trustee:**  (330310)   Jeffrey D Richardson
**Filed (f) or Converted (c):**  09/10/12 (f)
**§341(a) Meeting Date:**  10/22/12
**Claims Bar Date:**  10/01/13

**Period Ending:**  09/30/21

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

5/26/15:  Todd Green adv. 14-7008:  To Springfield for pretrial hearing plus partial travel time.  JDR

5/26/15:  Todd Green adv. 14-7008:  1/2 time continue drafting memo of law on Motion to Compel testimony. ASE

5/26/15:  Heritage adv. 14-7039: 1/2 time continue drafting memo of law on Motion to Compel testimony. ASE

5/26/16:  State of IL adv. 14-7047: Legal research:  validity of filing on a county by county basis; comparative priority between IRS lien filed with IL SOS.  Memo to Trustee and subsequent conference on findings. ASE

5/28/15:  Haberman adv. 14-7031: Tel. call David Leefers in the morning to determine status of defendant's Rule 26 disclosures and pretrial completion; conf. call with the judge and David after lunch. JDR

Jennifer Parsons adv. 14-07045:  Review 2004 exam and memo from Andy in anticipation of settlement conf. in Springfield with Steve Tagge; to Springfield for setltement conf.; return to Decatur. JDR

5/28/15:  Haberman adv. 14-7031: Phone conference with Attorney Leefers.  Second phone conference with Trustee and attorney Leefers.  Forward correspondence from Defendant to her attorney and recommend she be instructed not to correspond with us directly.  Review Defendant's pretrial statement.  Add portion concerning new defense of lack of knowledge of source of funds. File amended statement. ASE

6/1/15: Review of Withdrawal of Claim of Greg Renton.  Update date and in Trustee box for approval pursuant to discussions with creditor's attorney Gordon Gates. ASE

6/1/15: State of IL adv. 14-7047:  Amend motion to Amend Complaint pursuant to Trustee instruction. ASE

6/2/15: Jacob Parsons Bankruptcy:  take phone call from Jacob Parsons re: questions on Covey's hearing; reminded him that his wife's appearance was required at today's 341 meeting.  Gave phone numbers for Covey and Ingham.  Phone call to Ingham's office requesting call in info for 341 meeting and informing them that Debtors did not seem aware of their obligation to appear for the 341 meeting. ASE

6/2/15: Jennifer Parsons adv. 14-07045: Phone call to Steve Tagge re: settlement conference setting. ASE

6/2/15: Jacob Parsons Bankruptcy:  participate in telephone 341 meeting; no appearance from Debtor. ASE

6/3/15: Jennifer Parsons adv. 14-07045:  Review file and prepare notes pursuant to trustee request in prep. For settlement conf. tomorrow morning. ASE

6/4/15: Jennifer Parsons adv. 14-07045: Attend Springfield Settlement Conference. ASE

6/10/15: Jeff Parsons bkcy: Review correspondence from Charlie Covey re my $5,000.000.00 general unsecured claim; e-mail to Charlie; prepare amended proof of claim and file same. JDR

6/8/15: Jennifer Parsons adv. 14-07045: Review correspondence from Steve Tagge re: jewelry sold by Jack Holder at Denny Jewelers.  Several follow up calls with Brian Denney.  Discussion of materials from Tagge and Denney with Trustee. ASE

6/11/15: Claims:  Phone call from Roger Stone re: Ohio Obj. to claim and prep. Of response. ASE

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

6/12/15: IRS adv. 14-7048: Phone message for Gail Noll requesting update on THR IRS settlement.  Phone call returned from Gail.  Brief discussion of figures in dispute; scheduled follow up Tuesday. ASE

6/12/15: Lookup recently entered Orders allowing Trustee's Objections, update Objections spreadsheet. LR

6/15/15: Chase adv. 14-07044: Email status check request with attorney Kevin Driscoll. ASE

6/16/1: Chase adv. 14-07044: Message for attorney Driscoll.  Draft Motion to Amend.  Draft proposed Amended Complaint. ASE

6/16/15: Chase adv. 14-07044: Return message for attorney Driscoll. ASE

6/18/15: Todd Green adv. 14-7008: Listen to Audio of 341 meeting; incorporate into Memo of Law.  Continue research and drafting memo of law (1/2 time). ASE

6/18/15: Heritage adv. 14-7039: Listen to Audio of 341 meeting; incorporate into Memo of Law.  Continue research and drafting memo of law (1/2 time). ASE

6/19/15: IRS adv. 14-7048: Phone conference with Gail Noll; suggested settlement terms so as not to be all-encompassing and cover unknown transfers.   ASE

6/19/15: Todd Green adv. 14-7008: Review audio of THR 341 for incorporation into memo. ASE

6/19/15: Heritage adv. 14-7039: Review audio of THR 341 for incorporation into memo. ASE

6/22/15: Todd Green adv. 14-7008: Review audio of THR 341 for incorporation into memo. ASE

6//22/15: Heritage adv. 14-7039: Review audio of THR 341 for incorporation into memo. ASE

6/23/15: Todd Green adv. 14-7008: Continue research and drafting of memo in support of motion to compel. ASE

6/23/15: Heritage adv. 14-7039: Continue research and drafting of memo in support of motion to compel. ASE

6/24/15: Todd Green adv. 14-7008: Review audio of Jeffrey Parsons' 341 meeting, edit transcription of 341 meeting. LR

6/24/15: IRS adv. 14-7048: Conference with Trustee re: Arts by the Bay levy; email to Gail re: inclusion of levied funds in settlement. ASE

6/25/15: Todd Green adv. 14-7008: Continue research and drafting of memo in support of motion to compel. ASE

6/25/15: Heritage adv. 14-7039: Continue research and drafting of memo in support of motion to compel. ASE

6/25/15: Heritage adv. 14-7039: Review audio of Jeffrey Parsons' 341 meeting, edit transcription of 341 meeting. LR

6/25/15:  Walton adv. no. 15-8002:  Tel. call Rick Verticchio re compromise documents I sent on Monday; resend documents to Rick; draft Motion to Continue Citations for Monday while the settlement goes forward.  JDR

6/25/15: Heritage adv. 14-7039:  Prepare for status conf. on adversary; tel. status conf. with the Court; matter continued to September 3 at 1:30 for tel. conf. JDR

6/25/15:  State of IL adv. 14-7047: Prepare for adv. status conf.; conf. call with Judge. JDR

6/25/15: IRS adv. 14-7048:  Prepare for adv. status conf.; conf. call with Judge. JDR

6/25/15: Chase adv. 14-07044:  Prepare for adv. status conf.; conf. call with Judge. JDR

6/26/15: odd Green adv. 14-7008:  Continue research and drafting of memo in support of motion to compel. ASE

# Form 1

Page: 34

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310) Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

6/26/15:  Prepare Order on fee application (Jacob's objection to discharge).  JDR

6/26/15: Heritage adv. 14-7039: Continue research and drafting of memo in support of motion to compel. ASE

7/1/15: State of IL adv. 14-7047: Review issue of alias summons; prepare certificate of service on alias summons after looking up relevant officers and addresses. JDR

7/1/15: State of IL adv. 14-7047: Locate service addresses for IDES director. ASE

7/6/15: Chase adv. 14-07044: Discussion with trustee of discovery status.  Email correspondence to attorney Driscoll re: deadline end of month and requesting update on settlement counter offer.  Schedule discovery deadline. ASE

7/6/15: Objection to Claims:  Phone call from Roger Stone re: Ohio AG's needs; review docs.  Provided to Jeff for execution. ASE

7/7/15:  Jennifer Parsons adv. 14-07045:  Prepare for settlement conference with Steve Tagge and Peggy Ryan; conduct conference.  JDR

7/10/15: Heritage adv. 14-7039: Review Treasures bankruptcy case; deliver to trustee. ASE

7/13/15: Auctions.  Prepare report of sale re: sword, gun, antiques and jewelry. ASE

7/14/15: Parsons adv. 13-7061:  Draft order concerning citation to discover assets. JDR

7/14/15: Parsons adv. 13-7061:  Tel. conf. Monroe McWard prior to hearing; court hearing on Citation in Springfield; Citation continued to August 11, 2015 at 9:30 a.m. plus partial travel time.  JDR

7/14/15: IRS adv. 14-7048:  Review settlement docs final time; letter and attachments to Gail Noll requesting execution so we can file.  ASE

7/14/15:  Heritage adv. 14-7039:  Prepare for hearing in Springfield including review of memorandum of law of 2004 exam and 341 meetings; to Springfield for hearing. JDR

7/14/15:  Green adv. 14-7008:  Prepare for hearing in Springfield including review of memorandum of law of 2004 exam and 341 meetings; to Springfield for hearing. JDR

7/17/15: IRS adv. 14-7048: Review email from Gail Noll re: suggested changes to settlement agreement.  Forward copy to Trustee for approval.  Phone call to Gail re: status. ASE

7/17/15: Chase adv. 14-07044:  Legal research:  Whether account fees constitute new value under Sec. 547. ASE

7/20/15: Chase adv. 14-07044: Review settlement correspondence from attorney Kevin Driscoll.  Forward to Trustee.  Discussion on counteroffer.  Draft letter and counteroffer to attorney Driscoll and send. LR

7/20/15: IRS adv. 14-7048: Review amended settlement agreement; forward to Trustee for approval.  ASE

7/22/15: Chase adv. 14-07044: Email follow up to attorney Driscoll re: expiration of counter offer; settlement phone conference with attorney Driscoll.  Relay offer to trustee. ASE

7/27/15: Draft motion to compromise adv. 14-07044 against JPMorgan Chase; prepare notice of compromise. JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

7/27/15: Vehicles:  Phone call and negotiations with Rochelle Welsh re: THR Tahoe and Trailer in MI. ASE

7/28/15: Todd Green adv. 14-7008:  Meeting with Tom Pavlik and John Myers prior to hearing to discuss settlement; status hearing before Judge Gorman in Springfield plus partial travel time. JDR

7/28/15: Vehicles:  Phone call and negotiations with Doug Canham re: THR trailer left in his company's possession.  Offer to Trustee. ASE

7/30/15: State of IL adv. 14-7047: Review Defendant's answer and affirmative defenses to Amended Complaint. ASE

7/31/15: Chase adv. 14-07044: Email confirming filing of settlement docs to attorney Driscoll.  Schedule objection date and inform him of procedure and plan to dismiss after expiration and payment of settlement funds. ASE

8/10/15:  Haberman adv. 14-7031:  Review motion for extension of time filed by Steve Tagge.  JDR

8/10/15: Print out all attachments from multiple emails sent to Trustee containing photographs of alleged THR/Parsons assets being sold under the name Windsong Estate Services; Google search for Windsong and print out list of estate sales they have conducted containing possible THR assets. LR

8/10/15: Parsons adv. 13-7061:  Two telephone conferences with Monroe McWard re: tomorrow's citation.  JDR

8/10/15:  Jennifer Parsons adv. 14-07045: Telephone call with Steve Tagge; case settled; Andy to prepare settlement documents.  JDR

8/10/15: Parsons adv. 13-7061:  Tel. call Monroe McWard prior to Citation hearing in Springfield Tuesday morning.  JDR

8/10/15: Jennifer Parsons adv. 14-07045: Draft Motion and Notice to approve compromise. ASE

8/11/15: Parsons adv. 13-7061:  Hearing on citation; citation hearing continued to August 25th at 9:30 a.m. plus partial travel time.  JDR

8/11/15: Review PACER for claims Orders that have been entered, update claims spreadsheet with claims Orders that have been entered. LR

8/11/15: State of IL adv. 14-7047: Prepare response to IDES affirmative defenses. ASE

8/12/15: Finish updating claims spreadsheet. LR

8/20/15: Chase adv. 14-07044:  Prepare Order on motion to compromise. JDR

8/20/15:  IRS adv. 14-7048:  Prepare Order on motion to compromise. JDR

8/21/15: Chase adv. 14-07044:  Revise order on motion to compromise. JDR

8/23/15: Parsons adv. 13-7061:  Review documents produced by Monroe McWard. JDR

8/25/15: Phone call from James Brandes at Cox Enterprises, Inc. (James.brandes@coxinc.com; (512) 445-1781) re: $21,000 prepayment credit balance from THR currently held by Cox.  Email directions to Mr. Brandes. ASE

8/26/15:  Parsons adv. 13-7061:  Meet with Monroe McWard and Jeff Parsons at 8:45 in Springfield prior to the 9:30 Citation hearing; Citation hearing conducted; tentative interim agreement to pay towards the judgment cited in open court; return to Decatur; draft Payment Order; partial travel time.  JDR

9/3/15: Phone conference with Dav Koppleman re: THR Uhaul facility; scheduled call follow up next week. AE

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:**  12-72022 GM

**Case Name:**  THR & ASSOCIATES, INC.

**Period Ending:**  09/30/21

**Trustee:**  (330310)  Jeffrey D Richardson

**Filed (f) or Converted (c):**  09/10/12 (f)

**§341(a) Meeting Date:**  10/22/12

**Claims Bar Date:**  10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

9/8/15: Heritage adv. 14-7039:  Continued drafting of response brief. AE

9/8/15: Todd Green adv. 14-7008: Continued drafting of response brief. AE

9/9/15: Heritage adv. 14-7039:  Continued drafting of response brief. AE

9/9/15: Todd Green adv. 14-7008: Continued drafting of response brief. AE

9/9/15: Phone message to Trustee David P. Gardner in ID re: retention as inspector of storage unit. AE

9/9/15: Chase adv. 14-07044:  Phone conference with attorney Kevin Driscoll re: status of settlement; contact at chase out until 15th; no objection to turnover of funds from other division of prepaid cards at Chase; follow up next Thursday. AE

9/11/15: Prepare order approving compromise in Jennifer Parsons adv. 14-07045. JDR

9/14/15: Heritage adv. 14-7039: Motion to Compel:  Supplementary Motion.  Additional drafting. AE

9/14/15: Todd Green adv. 14-7008:  Motion to Compel:  Supplementary Motion.  Additional drafting. AE

9/15/15: Heritage adv. 14-7039: Motion to Compel:  Supplementary Motion.  Additional drafting.  Obtaining trustee approval on incorporation of prior testimony from 341 and 2004 exam into appendix.  AE

9/15/15: Todd Green adv. 14-7008:  Motion to Compel:  Supplementary Motion.  Additional drafting.  Obtaining trustee approval on incorporation of prior testimony from 341 and 2004 exam into appendix.  Supplemental certificate of service. AE

9/15/15: Storage Unit:  Phone call and email correspondence with Trustee Gardner in ID; email to counsel for Uhaul re; status.  Prepare application to employ and verified statement of disinterest . AE

9/25/15: Vehicles:  Phone conference with Doug Canham re: trailer he needs to remove from his property; would like to use; owed $1900 from THR wrapping, unpaid, $500 max. AE

9/28/15: State of IL adv. 14-7047: Begin drafting Amended Pretrial Statement.  Phone calls to attorneys William Katich and Robert Ritchie re: coordination of pretrial filing. AE

9/29/15: Chase adv. 14-07044: Review correspondence and proposed additional settlement agreement tendered by attorney Driscoll; memo to Jeff.  Letter to Attorney Driscoll re: settlement agreement already in place; any new agreement remains subject to Court approval. AE

9/29/15: Review Verified statement of Trustee in ID; prepare application to employ and supporting docs for filing and Trustee execution. AE

9/30/15: Review amended pretrial statement and respond to both opposing counsel.  Prepare and file. AE

10/2/15: State of IL adv. 14-7047:  Final follow up with opposing counsel re: pretrial statements and Rule 26 disclosures.  Send Rule 26 Disclosures to Attorney Richie for State via IDES.  Prepare new discovery package and send. ASE

10/6/15:  Parsons adv. 13-7061:  Letter to Monroe McWard reminding Monroe of missed payment; tickler memo to the file.  JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:**  (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/6/15:  Todd Green adv. 14-7008: Status hearing in Springfield; conference with John Myers and Pat Smith prior to hearing; case continued to January 12, 2016 plus partial travel time.  JDR

10/7/15:  Cox Inc. Credit.  Phone call and email to James Brandes of Cox requesting status of credit check to Trustee.  Email letter to Mr. Brandes. ASE

10/8/15:  State of IL adv. 14-7047:  Prepare for pretrial tel. conf.; conduct pretrial conf.; memo to the file.  JDR

10/8/15:  Draft and prepare Objections to Claim Nos. 297-1 and 298-1. LR

10/8/15:  Haberman adv. 14-7031:  Prepare for and participate in pretrial conf. on adversary; memo to the file.  JDR

10/12/15: Update to claims spreadsheet, there still appears to be approx. 10 claims that have not been resolved either by objection or Trustee's ok. LR

10/17/15:  Parsons adv. 13-7061:  Review file; draft Petition for Adjudication of Indirect Civil Contempt based upon the Defendant's failure to comply with the Payment Order.  JDR

10/15/15: Storage Unit:  Prepare Order authorizing employment.  Letter to David Gardner CC to attorney Dave Koppleman for Uhaul. ASE

10/15/15: Chase adv. 14-07044: Further review of proposed settlement agreement, incorporation of changes now that other Chase funds have been paid.  Memo to Jeff re: status, agreement, and confirmation that other funds owed have been received. ASE

10/16/15: Sales tax.  Prepare sales tax form for Report of Sale Doc 1850.  ASE

10/16/15: Todd Green adv. 14-7008: Draft Motion for Leave to Amend Complaint . ASE

10/19/15:  Draft Order allowing Application to Employ Attorney David P. Gardner.  JDR

10/21/15: Parsons adv. 13-7061:  Tel. conf. Monroe McWard re contempt petition; agree to waive fees this time if Jeff pays by Friday.  JDR

10/21/15: State of IL adv. 14-7047: New legal research project re: inconsequential what department is named when suing the state or alternatively adding a party under Fed. R. Civ. P. 15(c).  LR

10/22/15: Todd Green adv. 14-7008:  Continue drafting Proposed amended complaint. ASE

10/22/15: State of IL adv. 14-7047: Legal research re: Fed. R. Civ. P. 15(c) case law supporting relation back where adding party as defendant.   LR

10/23/15: State of IL adv. 14-7047: Continue legal research project on applicability of adding party under Fed. R. Civ. P. 15(c).   LR

10/27/15: Parsons adv. 13-7061:  Draft Motion to Withdraw Petition for Adjudication of Civil Contempt and file same.  JDR

10/27/15: State of IL adv. 14-7047:  Prepare additional supplemental Rule 26 disclosures.  Copy of correspondence to attorney Driscoll with notice of proposed disclosure.  Begin prep of supplemental Rule 26 disclosure. ASE

10/27/15: Chase adv. 14-07044: Phone conference attorney Kevin Driscoll re: status of pre-approved settlement agreement; email to attorney with w9 and signed agreement; additional email with proposed disclosures to State of Illinois. ASE

10/28/15: State of IL adv. 14-7047: Complete legal research project, draft memo to Trustee re: inconsequential which department of government named and use of

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 12-72022 GM | **Trustee:** (330310) | Jeffrey D Richardson |
| **Case Name:** | THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** | 09/10/12 (f) |
| | | **§341(a) Meeting Date:** | 10/22/12 |
| **Period Ending:** | 09/30/21 | **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

15(c) to bring in agency after statute of limitations.  LR

10/29/15: State of IL adv. 14-7047:  Research proper party for service of process on the state of Illinois, Court of Claims rules show everything sent to Illinois Attorney General. LR

10/30/15:  Prepare annual report. JDR

11/4/15:  Phone conference Jake Vetter re: Texas Tax Lien; info that Parsons is now conducting business as "Windsong Estate Sales".  Email to Trustee.  Research Windsong and WHOIS domain info to confirm ownership of domain by Bree Finch. ASE

11/5/15: Todd Green adv. 14-7008:  Incorporate Trustee's suggested changes into First Amended Adversary Complaint (separating courts for each asset) ASE

11/9/15:  Complete letter to NY Department of Taxation.  JDR

11/10/15: Vehicles:  Email correspondence Doug Canham e: status of sale.  Check docket for objection date. ASE

11/11/15:  Parsons adv. 13-7061: Draft Second Petition for Adjudication of Indirect Civil Contempt.  JDR

11/11/15 Minor revisions to Claims Objections.LR

11/13/15: Todd Green adv. 14-7008: Continued revisions to amended complaint pursuant to trustee instruction. ASE

11/15/15:  Prepare Order on Motion to Sell Free and Clear of Liens, Claims and Interests (2010 Haulmark Trailer).  JDR

11/16/15: Todd Green adv. 14-7008: Incorporate Trustee changes into proposed amended complaint. ASE

11/16/15: Heritage adv. 14-7039: Brief conf. with Trustee; letter to attorneys Moore and Ruckman requesting original source material from DocuSign. ASE

11/18/15: Parsons adv. 13-7061: Tel. call Monroe McWard re contempt matter; will not agree to dismiss the contempt petition this time if Jeff makes a payment; letter to Monroe McWard at his request.  JDR

11/22/15:  Parsons adv. 13-7061:  Review materials sent from Jeff Parsons; letter to Monroe McWard re: claim for attorney's fees.  JDR

11/23/15: Storage Unit - email to David Gardner requesting follow up on auctioneer.  Letter to U-Haul attorney Koppleman informing of status. ASE

12/1/15:  Parsons adv. 13-7061:  Hearing in Springfield on contempt petition; draft proposed Agreed Order; letter to Monroe McWard; partial travel time.  JDR

12/1/15:  Springfield on Motion for Leave to File Amended Complaint; arguments heard by the Court; Motion allowed; call office to have them get ready to upload First Amended Complaint; partial travel time.  JDR

12/7/15: email with Atty David Gardner re: status of storage unit locker.  Contact potential auctioneer. ASE

12/8/15: Couer d'Alene Storage Unit:  Phone conference with Mr. Owen re: sale.  Email with terms and information to be sent to me for incorporation into application to employ. ASE

12/17/15: Haberman adv. 14-7031:  Revise Agreement to Toll-Waive Statute of Limitations; letter to David Leefers.  JDR

12/17/15: Haberman adv. 14-7031: Participate in telephone conf.; representation of agreement and disclosure of terms to Court in anticipation of Agreed Order within

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

| Case Number: | 12-72022 GM | | | | Trustee: | (330310) | Jeffrey D Richardson | |
|---|---|---|---|---|---|---|---|---|

**Case Name:** THR & ASSOCIATES, INC.

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Period Ending:** 09/30/21

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

15 days. ASE

12/25/15:  Haberman adv. 14-7031:  Draft agreed Dismissal Order; letter to David Leefers with a copy to Andy Erickson.  JDR

12/28/15: State of IL adv. 14-7047: New legal research project re: defensive application of preference payment to claim. LR

12/29/15: State of IL adv. 14-7047: Continue legal research on defensive application of preference payment/setoff. LR

12/30/15: State of IL adv. 14-7047: Finish legal research; draft memo to Trustee re: same. LR

12/31/15: Habermann adv. 14-7031: Review correspondence from David Leefers; draft motion to extend time to submit agreed order and file same. JDR

1/2/16:  Haberman adv. 14-7031:  Letter to David Leefers with tolling agreement and to remind Dave about the Order; tickler memo to the file.  JDR

1/5/16:  Review all legal research on reducing claim irrespective of statute of limitations; draft further Objection to Illinois Department of Employment Security claim and file same. JDR

1/11/16:  Todd Green adv. 14-7008:  Review Judge Gorman's Order on compelling testimony; telephone conference with Monroe McWard.  JDR

1/11/16:  Parsons adv. 13-7061:  Telephone conference with Monroe McWard.  JDR

1/11/16: Letter to David Gardner re: requesting update on status of auctioneer. ASE

1/12/16:  Parsons adv. 13-7061:  Hearing in Springfield; matter resolved.  JDR

1/12/16:  Parsons adv. 13-7061: Letter to Monroe McWard re: extending Jeff Parsons $1,000.00 monthly payments for another six months with a copy to Tim Ruppel. JDR

1/14/16:  Heritage adv. 14-7039:  Pretrial conf.  JDR

1/14/16:  Heritage adv. 14-7039:  Pretrial conf.  and conduct same. JDR

1/14/16: Review Final Report proposed by Trustee Covey noting all proposed payments to taxing agencies. JDR

1/15/16:  State of IL adv 14-7047: Letter to Bobby Ritchie with Citations.  JDR

1/15/16: State of IL adv. 14-7047: Review case law re: Trustee objection to claim and statute of limitations; prepare list of authority to send to Department of Employment Security. JDR

1/24/16:  Todd Green adv. 14-7008:  Legal research and work on Responses to Motions to Dismiss.  JDR

1/26/16: Todd Green adv. 14-7008:  Legal research:  Whether fraudulent conveyances remain subject to execution under Illinois law; when time is measured to gauge benefit to unsecured creditors re: standing of Trustee. ASE

1/26/16  Todd Green adv. 14-7008:  Legal research and work on Responses to Motions to Dismiss.  JDR

1/26/16: Todd Green adv. 14-7008: Draft response to United Community Bank's motion to dismiss for standing which incorporates Todd Green's and Panther 4700 LLC's arguments. JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| | |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** (330310) | Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

1/29/16: Research Illinois Collection Agency Licensing Act.  Research case law.  Draft case summaries and memo for Trustee. ASE

2/2/16: Download and review orde for distribution in Jeff Parsons' bankruptcy. JDR

2/7/16: State of IL adv 14-7047:  Review IDES' s Rule 26 Disclosure.  JDR

2/8/16: Vehicles:  Review and respond to email from Doug Canham re: check and status of vehicle sale. ASE

2/17/16: Vehicles:  Amend Motion to extent time to file report of sale RE: Doug Canham vehicle purchase. ASE

2/23/16:  Prepare initial draft of First Interim Application for Contingency Attorney's Fees and Expenses.  JDR

3/7/16: Heritage adv. 14-7039: prepare designation of topics for deposition. ASE

3/7/16: Heritage adv. 14-7039: Phone call Dee Ruckman to discuss depo issues.  Phone call from Trustee to discuss.  Look for and purchase tickets.  Look for Hotel with conf. room to conduct deposition. ASE

3/9/16: Heritage adv. 14-7039: email correspondence Dee Ruckman re: court reporter and coordination of deposition and Heritage walk through. ASE

3/11/16: Heritage adv. 14-7039: Compile docs for depo review.  Print correspondence for Trustee. ASE

3/12/16: Heritage adv. 14-7039: Review all settlement statements and spreadsheets from all three tiers of advances.  Research on deponents; prepare depo question outline. JDR

3/13/16:  Heritage adv. 14-7039:  In office all Sunday afternoon and part of the evening to prepare for depositions in Dallas starting tomorrow .  JDR

3/13/16:  Heritage adv. 14-7039: To Sl. Louis for 6:00 a.m. flight tomorrow to Dallas  JDR

3/14/16:  Heritage adv. 14-7039:  To Dallas on 6:00 a.m. flight for meeting at 9:00 a.m. to review THR assets at two facilities in Dallas; review all assets at the two facilities; return to hotel for further preparation on Dave Mayfield deposition; Dave Mayfield deposition in Dallas; back to hotel for additional deposition preparation for tomorrow's two depositions.  JDR

3/14/16:  Heritage adv. 14-7039:  Travel to Dallas.  Heritage walkthrough with Richard Brainerd and Ron Brockmayer.  Prepare for deposition.  David Mayfield deposition. JDR

3/15/16:  Heritage adv. 14-7039:  Early morning final deposition preparation for depositions of Ron Brockmeyer and Dagmar Byers; to airport; return to Decatur late Tuesday evening.  JDR

3/15/16: Heritage adv. 14-7039: Depositions of Ron Brockmyre and Dagmar Byers in Dallas. ASE

3/16/16: Heritage adv. 14-7039: Review IRS case file to locate all levies.  Review IRS levy to Heritage auctions and Heritage's response.  Copy and memo to Trustee. ASE

3/19/16:  Heritage adv. 14-7039:  Legal research re need for a written security agreement and cases of perfection as they relate to goods placed with an auctioneer; e-mail case to Andy.  JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| | |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** | (330310)   Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/30/16:  Parsons adv. 13-7061:  Tel. conf. Monroe McWard re upcoming hearing and continuation of citation installment payment order.  JDR

3/31/16:  State of IL adv. 14-7047:  Prepare for pretrial; conduct pretrial.  JDR

3/31/16:  review email request from Roger Stone re: THR 2015 tax return.  Retrieve and send 2015 Trustee's log of receipts and disbursements.  Send to Roger. ASE

4/4/16:  Draft Order Allowing Payment of Attorney's Fees.  JDR

4/4/16: Review IRS POC.  Email Gail Noll requesting execution of affidavit of amount due and non-payment for use in calculation of proposed distribution under carve-out agreement and in case against the state to show no taxing authorities have been paid.  Additional follow up emails with attorney Noll. ASE

4/4/16: Email to Trustee Gardner in ID re: auctioneer; new auctioneer request based on non-communication from last one. ASE

4/4/16: Review 2012-13 log of Trustee's Receipts and Disbursements.  Create draft spreadsheet of all receipts and disbursements.  Review carve out agreement. ASE

4/6/16: Continue review of secured tax parties POCS, compile list of all liens and filing locations; incorporate into new list with all entries from receipts and disbursements log; incorporate calculations from carve-out agreement. ASE

4/8/16: Continued drafting of proposed schedule of receipts and disbursements. ASE

4/11/16:  Parsons adv. 13-7061:  Review correspondence from Monroe McWard's office; draft Order re: continued payments; letter to Monroe.  JDR

4/11/16:  email to Gail Noll confirming IRS payment from lawsuit settlement; updated affidavit. ASE

4/11/16:  email to Gail Noll confirming IRS payment from lawsuit settlement; updated affidavit. ASE

4/12/16: Continue incorporating all sales and expenses into master spreadsheet.  Review prior trustee commissions to verify accuracy of spreadsheet. ASE

4/14/16:  Heritage adv. 14-7039:  Further work on Interim Application for reimbursement. ASE

4/14/16: Heritage adv. 14-7039: Review Heritage depositions.  Discuss discovery cutoff with Trustee. Draft Request for Production of all property received within 90 days of THR bankruptcy filing. JDR

4/16/16: Continued drafting of proposed schedule of receipts and disbursements. ASE

4/18/16: Continued drafting of proposed schedule of receipts and disbursements. ASE

4/18/16:  Review correspondence from Roger Stone and 2015 federal and state income tax returns; execute same with correspondence for prompt determination and issuance of K-1 to Mr. Parsons; review and prepare Application to Pay Roger Stone.  JDR

418/16: Continued work on interim distribution spreadsheet. ASE

4/19/16: Continued drafting of interim distribution proposal. ASE

4/19/16: Parsons adv. 13-7061: Phone call from Kym Haberman; informs us that she thinks Parsons is operating "collectorsroadshow.net", "antiquepickers.network", and Windsong Estate sales. ASE

4/28/16: Heritage adv. 14-7039:  Prepare for tel. pretrial conf.; pretrial conf. on adversary. JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| **Case Number:** | 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
|---|---|---|
| **Case Name:** | THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:** | 09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

4/28/16: Phone call from Brent Tippen re: IRS Affidavit; possible amendment of claim.  Relayed info to Trustee on 15 to 30 day approval window from IRS to sign and return affidavit. ASE

4/28/16: Parsons adv. 13-7061: Phone call from Kym Haberman; informs us that she thinks Parsons just purchased a large diamond ring for his fiancée and has possession of a $30k pool table which he purchased with THR money and brought from the Panther Creek property. ASE

5/9/16: Heritage adv. 14-7039:  Complete initial draft of letter to Brent Tippin.  JDR

5/10/16: Chase adv. 14-7044:  Court appearance in Springfield plus partial travel time; case continued to June 14 at 9:00.  JDR

5/10/16: Chase adv. 14-07044:  Several emails from attorney Kevin Driscoll re: stale W9.  Obtain new W9 and get Trustee execution.  Review waiver; Motion and Order; draft letter and send to attorney Driscoll re: remaining settlement balance; motion to dismiss and waiver to be executed upon receipt of entire settlement proceeds. ASE

5/19/16: Email to Brent Tippin to check on the status of the affidavit and confirm receipt of the Trustee's prior letter outlining its purpose. ASE

5/21/16: Heritage adv. 14-7039:  Review message from Brent Tippin re: affidavit.  JDR

5/23/16: Draft Order Approving Interim Application to pay expenses.  JDR

5/26/16: Email to Gian Duran requesting instructions on where to send pre-paid label for THR items from Ukiah, CA storage unit.   ASE

5/26/16: Email to David Gardner re: items in Couer D Arlene storage unit; review Jeff Owens proposed contract.  Prepare application to employ based on proposed contract. ASE

5/26/16: State of IL adv. 14-7047: Discuss matters with Andy and review his research; tel. conf. with the Court; joint letter to Noll. Katich and Ritchie. JDR

5/26/16: Respond to request from U-Haul counsel; submit Notice of Filing showing Trustee appointment and 341 Meeting Notice, also reflecting appointment. ASE

6/1/16: Heritage adv. 14-7039:  Further work on Response to Motion for Partial Summary Judgment; prepare supporting Affidavit.  JDR

6/2/16: Prepare for conf. call with Gail Noll, Bill Kattich and Bobbie Ritchie of the IRS, Illinois Department of Revenue and Illinois Department of Employment Security including reviewing all records and summarizing status; conduct conf. call.  JDR

6/2/16: Participate in conference all with Trustee, Gail Noll, and Brent Tippin.  Discussion of priority between tax lien claimants; receipts and distributions, and Trustee's desire to file Motion to Pay to finalize proposed distributions under carve-out.  Send log to Noll and Tippin.  AE

6/3/16: CA Storage unit:  email to Gian Duran requesting follow up on the release he said was required prior to shipping. AE

6/6/16: Chase adv. 14-07044: Legal research on motion to compel settlement and settlement terms re: full amount owed. LR

6/6/16: Review U-HAUL video of unit opening.  Arrange pre-paid label. AE

6/7/16: Chase adv. 14-07044: Finish legal research re: Motion to Enforce Compromise Agreement. LR

6/7/16: ID Storage Unit:  review proposal of Jeff Owens.  Email to Jeff Owens re: procedure to follow; will follow up with phone call. AE

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:**  (330310)   Jeffrey D Richardson |
| **Case Name:**   THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:**   10/22/12 |
| **Period Ending:**  09/30/21 | **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

6/7/16: Phone call Jeff Owen; discussion of auction and potential hiring. AE

6/7/16: Interim Distributions (Trustee).  Review materials from Gail Noll.  Begin determination of assessment dates as secured by Liens.  Prepare report and spreadsheet. AE

6//8/16: Continued compilation and calculation of secured tax lien priority; legal research and discussion with Trustee that I believe recording date is determinative. AE

6/9/16:  Review correspondence from Gail Noll re THR assets in federal custody; respond to same requesting ability to review the property held.  JDR

6/13/16: Tax lien priority research:  LEXIS and Fast Case research on choatness doctrine between federal and state tax lien claimants. AE

6/14/16:  Chase Bank adv. 14-07044:  Hearing on status of adversary settlement plus partial travel time.  JDR

6/14/16: Chase adv. 14-07044: Review correspondence from attorney Kevin Driscoll; suggests check in hand mis next week.  Email to Trustee and attorney L. Richardson to update.  Calendar follow up. AE

6/16/16:  Review correspondence from Gail Noll re review of THR assets in federal custody; respond to same.  JDR

6/20/16: Chase adv. 14-07044: Review adversary file including all correspondence with attorney Kevin Driscoll; draft Motion to Enforce Settlment Agreement. LR

6/17/16: Auction:  Phone call from Jeff Owens (auctioneer) he wants to keep proceeds instead of sending them back and awaiting court approval.  He will not do sale if he does not get to do it that way.  Memo to Trustee. AE

6/20/16: Chase adv. 14-07044: Review files for information on source of fall 2015 $12k payment.  Scan letter from Melissa Ready at Chase Bank and distribute.  Demand letter to attorney Driscoll. AE

6/22/16: Chase adv. 14-07044:  Revision to Motion to Enforce per Trustee. LR

6/30/16: State of IL adv 14-7047:  Prepare for tel. conf. on adversary case; conf. call conducted; case continued to July 28 at 1:30 conf. call. JDR

7/6/16: Phone call Terry Moody re: scheduling inspection of THR property pursuant to instruction from Trustee and US Atty Gail Noll. ASE

7/7/16: Chase adv. 14-07044:  Review and respond to email from attorney Drescoll requesting continuance.  Request fedex confirmation number on Monday to verify check is in the mail.  Review signed settlement agreement and release provided by Chase. ASE

7/8/16: Chase adv. 14-07044:  scan signed settlement agreement to attorney  Driscoll, request new indemnification. ASE

7/11/16: Chase adv. 14-07044: Review Affidavit and Indemnity Agreement and email from attorney Driscoll.  Scan and complete with redactions of applicable portions for Chase approval. ASE

7/12/16: Chase adv. 14-07044: Chase adv. 14-07044: Court hearing in Springfield on motion to compel enforcement; case continued on my motion to August 23 at 9:00 plus partial travel time. JDR

7/12/16: To FBI facility in Springfield to review evidence locker with 79 boxes of THR assets plus partial travel time. JDR

7/12/16: Heritage adv. 14-7039: Review and compare affidavits of Brockmyre.  Draft Motion to Strike. ASE

**Form 1**

Page: 44

**Individual Estate Property Record and Report**

**Asset Cases**

| Case Number: | 12-72022 GM | **Trustee:** (330310) Jeffrey D Richardson |
| Case Name: | THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | | **§341(a) Meeting Date:** 10/22/12 |
| Period Ending: | 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

7/18/16: Todd Green adv. 14-7008:  Review 2nd set of Interrogs.  In office conference with trustee re: all outstanding issues. ASE

7/19/16: Todd Green adv. 14-7008:  Research on location of Frank Ross.  Download and review LEXIS report and 2015 bankruptcy schedule.  Search Sangamon co. docket foreclosure case.  Create timeline and update pursuant to Trustee request for evaluation of settlement offer. ASE

7/21/16: Todd Green adv. 14-7008:  To Springfield to review divorce records; photocopy appropriate documents.  JDR

7/14/16: Interim Distribution:  Continued legal research on competing priority.  Begin drafting proposal letter to all parties with findings and suggestions. ASE

7/25/16:  Telephone conference with Gail Noll and Brent TIppin re: lien priority.  JDR

7/25/16: Email follow up on status of signed statement of disinterest and review of creditor matrix. ASE

7/26/16:  State of IL adv. 14-7047: Search records for assessment dates; letter to Gail Noll re: IDES assessment dates.  JDR

7/26/16: Chase adv. 14-07044: letter to counsel for JPMorgan Chase Bank checking on status of remaining payment due under settlement agreement.  Review response; to Trustee for initial and notarization. ASE

7/27/16: Todd Green adv. 14-7008:  Continued responses to second set of interrogs. ASE

7/27/16: Todd Green adv. 14-7008: Brief phone conference John Myers re: settlement discussions with Jeff.  ASE

7/28/16: Todd Green adv. 14-7008: Tel. call John Myers re settlement. JDR

7/29/16: review claim 299 Franchise Tax Boards. Draft Objection. ASE

8/1/16: LEXIS legal research on priority status of franchise tax claim; Objection to claim 299-1 of California Franchise Tax Board.  ASE

8/2/16: Chase adv. 14-07044: Review and Respond to email from Kevin Driscol re: status of affidavit. ASE

8/3/16: Todd Green adv. 14-7008: Continued prep of responses to second set of interrogatorie ASE

8/4/16: Continued prep of responses to second set of interrogatories ASE

8/6/16: Todd Green adv. 14-7008:  Various communications throughout day trying to settle adversary case with John Myers. JDR

8/10/16: Objection to App for Admin Expenses and Claim 299-1 of CA Franchise Tax Board. ASE

8/11/16:  Heritage adv. 14-7039:  Hearing on defendant's motion for summary judgment; motion denied; our motion to strike affidavit allowed.  JDR

8/12/16: Review correspondence from John Myers; draft motion to compromise Green adversary case; draft notice of compromise. JDR

8/12/16: Revisions to settlement documents on Green adversary; letter to John Myers re same. JDR

8/9/16:  Review objection prepared by Andy on California Franchise Tax Board administrative claim; execute same.  JDR

8/19/16:  Prepare for tel. conf. with all three taxing authorities to try to go through lien priority position; legal research on authority cited; conduct tel. conf. with IRS, Gail Noll, Bobby Ritchie and Bill Katich participating; meeting with Andy after the conf. call after the conf. call to discuss working forward on the payout priorities at least as to Sangamon County.  JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:**   (330310)   Jeffrey D Richardson |
| **Filed (f) or Converted (c):** 09/10/12 (f) |
| **§341(a) Meeting Date:**   10/22/12 |
| **Claims Bar Date:**   10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

8/23/16: Phone call Ken Kendall CA Franchise Tax board; request for Trustee to file tax return to remove estimated tax on THR franchise; (916) 845 7785.  Instruct to file responses to objections prior to hearing or retain counsel to appear.  Ken requests stipulation with Trustee. ASE

8/29/16:  Draft Motion to Continue.  JDR

9/1/16: Illinois Dept. of Employment Security claim:  Withdraw objection. JDR

9/1/16: State of IL adv. 14-7047: Continued pretrial; case again continued while we work through the numbers. JDR

9/6/16: Heritage adv. 14-7039:  Telephone conference with Dee Ruckman re: settlement.  JDR

9/4/16: Heritage adv. 14-7039:  Review correspondence from Dee Ruckman re settlement; e-mail to Dee re same. JDR

9/8/16: Phone conference Jeff Owens Auctioneer.  Mr. Owens has concerns about inventory of items; assumed that he would include this in his price.  Asked him to inventory asap to file Motion to Sell. ASE

9/15/16: Heritage adv. 14-7039:   E-mail to Dee prior to court hearing; tel. court hearing with court; case set for trial January 17-20 and January 30-Feb. 3; follow up call to Dee re settlement. JDR

9/20/16: Update to THR spreadsheet; prepare objections to claims nos. 297 and 298. LR

9/21/16: Chase adv. 14-07044: Draft Motion to Dismiss.  JDR

9/21/16: Heritage adv. 14-7039: Review all file memo and compile possible defenses to ordinary cournse defense.  Legal research: ordinary course defense with focus on auctioneers. ASE

9/26/16: Review claims Orders, check PACER for any additional claims that have been filed; update spreadsheet. LR

9/27/16: Heritage adv. 14-7039: compile settlement spreadsheet based on days between sale and settlement; research ordinary course defense. ASE

9/29/16: Heritage adv. 14-7039:   Final pretrial conf. with Judge Gorman by telephone; prepare for and participate in. JDR

10/2/16: Heritage adv. 14-7039:  Re-review Dagmar Byers' deposition in furtherance of settlement negotiations.  JDR

10/4/16: Heritage adv. 14-7039: research re: amount of post-petition transfers; defenses to post petition transfers.  Memo to Trustee. ASE

10/5/16:  Heritage adv. 14-7039:  Tel. conf. Dee Ruckman re settlement.  JDR

10/5/16: Heritage adv. 14-7039: Discussion with Trustee re: pending case issues and scheduling of phone call tomorrow with Dee Ruckman. ASE

10/6/16: Heritage adv. 14-7039: Phone conference Dee Ruckman and Mark Moore re: ordinary course defense.  Allege that ordinary course is not available if the underlying debt itself is not in the ordinary course of either the Debtor or the Creditor. ASE

10/7/16: review of all documents submitted by counsel for all taxing authorities.  Review liens.  Begin reconfigure of 2012 receipts and distributions to pay off IDES perfected lien amount first.  Begin same calculation into 2013 period. ASE

10/10/16: Continued recalculation of 2013 receipts and proposed disbursements. ASE

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) abandon. | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |

10.11/16:  Hearing in Springfield on State of California administrative claim request; administrative claim denied plus partial travel time.  JDR

10/12/16:  Heritage adv. 14-7039:  Prepare for conference call with Dee Ruckman; settlement conference call with Andy, her and Dee's associate.  JDR

10/12/16: Heritage adv. 14-7039: Compile data and brief for  summary to Trustee prior to conference call this afternoon.. ASE

10/12/16: Review status of storage unit issue and status of application to employ auctioneer Jeff Owens. ASE

10/12/16: Heritage adv. 14-7039: Pre-conference call meeting with Trustee.  Conference call Dee Ruckman and Mark Moore re: status of adversary. Post conference call discussion of pending matters. ASE

10/13/16: Conference with Trustee re: IDES/IRS/IDOR carveout and calculation issues. ASE

10/13/16: Update to claims spreadsheet, checking PACER for additional Orders that have been entered. LR

11/3/16:  State of IL adv. 14-7047:  Settlement conf. by telephone with Bill Katich.  JDR

11/4/16: State of IL adv. 14-7047:  Status conf. on Adversary Complaint.  JDR

11/7/16:  Draft Order Allowing Payment of Attorney's Fees on Second Interim Application for Compensation on Adversary Case No. 13-7061.  JDR

11/7/16:  Todd Green adv. 14-7008:  Review deficiency notice; review status of docket (which I should have done before) draft First Amended Motion to Dismiss.  JDR

11/30/16:  Draft Order allowing payment of attorney's fees and expenses on Todd Green adv. 14-7008.  JDR

11/11/16: Set up THR computer.  Search MAS90 system.  Phone call Sally Runyon re: old W2 requested by Tom Fuller.  Phone message to Tom Fuller. JDR

11/14/16: Heritage adv. 14-7039: compile list of potential witnesses pursuant to Trustee request. ASE

11/14/16: Heritage adv. 14-7039: Phone call Mark Moore re: joint pretrial document pursuant to local rules.   ASE

11/17/16: Heritage adv. 14-7039: Work on final pretrial statement; email Mark Moore re: will discuss with Trustee. JDR

11/18/16: Heritage adv. 14-7039: Begin drafting trial notes and witness questions.  Email mark moore re: Trustee's position that no further pleadings need be filed. ASE

11/28/16: Heritage adv. 14-7039: Phone conference with Trustee re: doc to be filed by Heritage today.  Email to Mark Moore and Dee Ruckman re: they do not have authorization to ascribe either of or signatures to whatever they file today. ASE

11/28/16: Heritage adv. 14-7039: Phone call from Dee Ruckman; brief discussion; Dee to  call Trustee on cell on way to trial. ASE

12/1/16: Heritage adv. 14-7039: Draft document pursuant to Trustee request:  All issues to prospectively incorporate into final pretrial draft. ASE

12/28/16:  Heritage adv. 14-7039:  Download and review dfraft of Pretrial Memo; redraft Pretrial Memo; phone message to Mark Moore; telephone conference with Dee Ruckman re: issues which prompted a request for a revised and modified Pretrial Memo; telephone call with Andy Erickson while I am out of town re: same.  JDR

12/12/16: Heritage adv. 14-7039:  Review correspondence from Dee Ruckman and Dee's changes to the compromise and pleadings prepared; revise her draft suggestions on the motion to approve compromise; redraft notice of intent to abandon; correspondence to Dee. JDR

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

12/12/16: Vehicles:  Phone Call Rachele Welsh; negotiate potential purchase price of truck and trailer.  Will offer $2,200 for Truck and Trailer in Michigan.  Will call back with VIN Nos. for title search and incorporation into Notice of Intent to Sell. ASE

1.2/19/16: Email David Gardner requesting update on status of action and inventory from storage unit. ASE

12/22/16: Review PACER, update to speadsheet with additional Orders entered on claims. LR

1/4/17: State of IL adv. 14-7047:  Review correspondence from Bill Katich re settlement of adversary case; e-mail to Bill re same. JDR

1/5/17: State of IL adv. 14-7047:  Draft Motion to Compromise; draft notice of intent to compromise; letter to Bill Katich re settlement.  JDR

1/5/17: State of IL adv. 14-7047:  Prepare Motion to Continue.  JDR

1/6/17:  Draft proposed Order settling the Heritage adversary case; letter to Dee Ruckman requesting her approval of the Order or comments.  JDR

1/18/17: Heritage adv. 14-7039:  Review corresopndence from Dee Ruckman; draft motion to dismiss adversary case no. 14-7039 against the Heritage defendants. JDR

1/18/17: Prepare application for attorney's fees and expenses on the Heritage litigation; prepare notice of application for compensation. JDR

2/3/17:  Draft Order on Motion to Compromise Illinois Department of Revenue adversary no. 14-7047.  JDR

2/8/17:  Draft Order Approving Attorney's Fees and Expenses.  JDR

3/4/17: Review all tax returns for 2016; approve same; draft application to pay Roger Stone's accounting fee. JDR\

3/7/17: Correspondence to Bobby Ritchie re disbursement to Illinois Department of Employment Security. JDR

3/31/17: Prepare order approving Roger Stone's bill. JDR

4/4/17: Letter to Roger Stone enclosing check. JDR

4/5/17: Parsons adv. 13-7061:  Draft motion to withdraw petition for adjudication of civil contempt; file same. JDR

4/7/17: Review pleadings prepared by staff re sale of Tahoe and trailer; redraft everything not as a motion to compromise but as a notice of intent to sell and motion to sell free and clear of liens. JDR

4/4/17: Phone call Rachelle Welsh re: compromise of claims and vehicle titles; conference with Trustee; confirmation that titles remain in possession.  Follow up phone call with Ms. Welsh re: details of proposed compromise. ASE

4/5/17: Draft Motion to Compromise; Notice of Intent to Compromise; and Order approving Motion to Compromise re: Rachelle Welsh. ASE

4/4/17: Parsons adv. 13-7061: Phone call from Kym Haberman re: tips on possible assets of Mr. Parsons possibly available for judgment.  Note to Trustee and email to LEO. ASE

4/7/17: UHAUL Issue:  Participate in conference call with Trustee and U-Haul Counsel Wil Comer.  Wil is assembling info re: UBOX shipment and will follow up with instruction. ASE

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

4/17/17: Phone call (LM) atty Wil Comer at U-Haul re: need to update shipping address; phone call (LM) Kurt Aumann confirming same. ASE

4/19/17: Storage Unit.  Phone conference Jessica @ UHAUL re: shipping details.  Need to follow up with payment. ASE

5/22/17:  Review correspondence from California Employment Development Dept.; letter to California Employment Development Dept. re bankruptcy and their continued billing to me.  JDR

5/23/17: Discuss with Trustee; email Wil Comer re: amendment of release to exclude gross negligence and willful misconduct. ASE

5/26/17: Obtain signed release; scan and email to Counsel with request to notify center of corporate approval; original mailed to Wil Comer. ASE

5/26/17: Phone call Marcie at U-Haul; discuss pricing for packing and shipping; confirm with Trustee and email to Marcie re: need info on identity of party and location to mail check. ASE

5/31/17: Several e-mails to and from Marcie; compile records from Gian  Duran and proposed contract to Trustee. ASE

5/31/17: Review e-mail forward from Tim Ruppel; call creditor with refund to arrange for payment to estate. Follow up e-mail to City of Lake Elsinor; calendar follow up 10 days. ASE

6/2/17:  Vehicles:  Update Notice and Motion to approve compromise (Rachel Welsh). ASE

6/27/17:  State of IL adv. 14-7047:   Court hearing in Springfield; partial travel time; case continued to October 3rd at 9:00 a.m.  JDR

6/2/17: U-Haul Issue.  Email to Marcie re: update; cc info ready to initialize shipment. ASE

6/6/17: Phone call (2x) Marcie Chaney re: shipping details and payment; follow up call re: addresses; Marcie  will confirm if there is a truck available to get to auctioneer as planned.  Letter and check to Marcie. ASE

6/7/17: Matt Van Hise; vehicle ASE

6/12/17: Email Stan Irvin re: vehicle at Bloomington airport ASE

6/12/17: Emails between Stan Irvin and Lynnette Hindmin at CIRA.  Draft Motion and Notice to sell. ASE

6/26/17: U-Haul Shipping:  Phone call Marcie Chaney; check has been processed.  They will be shipping but will be a few days behind.  They will call with updated shipment date. ASE

6/27/17: Several emails Stan Irvin re: sale of Bloomington vehicle. ASE

6/3017: Update motion and notice to sell airport vehicle; to trustee's attention for filing today. ASE

7/17/17: Phone call Rachel Welsh re: Order to be entered and emailed; cashier's check on the way.  Titles to be signed and mailed once funds rec'd. ASE

7/17/17: Phone call Kurt Aumann re: items shipped from storage unit to Altamont, IL. ASE

Draft Application for Compensation and Notice of Application re: Jeff Parsons adversary.  JDR

7/20/17: Review Order approving compromise.  Email to Rachel Welsh. ASE

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:**  (330310)    Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:**    10/22/12

**Claims Bar Date:**    10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)  Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

8/5/17: To Clinton for auction of old Suburban plus partial travel time. JDR

8/15/17:  Review file; draft Order Allowing Application to Pay Attorney's Fees.  JDR

8/31/17:  Correspondence to Jacob and Erin Parsons requesting financial documents; tickler memo to the file.  JDR

9/13/17: Parsons adv. 13-7061:  Prepare fourth petition for adjudication of civil contempt. JDR

9/13/17: Todd Green adv. 14-7008:  Demand letter to Jacob Parsons; tickler memo to file.  JDR

9/13/17: ID Storage unit issue.  Several emails to and from trustee David Gardner re: billing statement and need for all billing records and time entries. ASE

9/14/17: Review full billing records from attorney D. Garner; draft memo to trustee ASE

9/14/17: Review billing records; draft application for compensation and notice of application for compensation. ASE

9/19/17:  Parsons adv. 13-7061:  Review communication from Jeff Parsons; e-mail to Mr. Parsons indicating that I will have to work through Mr. McWard; review follow up e-mail from Parsons; do not respond to same but draft Motion to Withdraw Fourth Petition for Adjudication of Indirect Civil Contempt.  JDR

10/3/17: State of IL adv. 14-7047:  Review correspondence from Bill Katich to inquiry whether the Department of Revenue had paid me; review all records; telephone call to Bill Katich to explain that we had not been paid.  JDR

10/3/17: State of IL adv. 14-7047:  Review file and prepare for hearing in Springfield; to Springfield; brief discussion with Bill Katich prior to Court; appear before Judge Gorman; case continued to November 4th at 9:00.  JDR

10/7/17: Todd Green adv. 14-7008:  Prepare Citation to Discover Assets and all realated documents to Jacob Parsons.  JDR

10/10/17: Todd Green adv. 14-7008:  New legal research re: enforcing judgment against an out of state non-party. LR

10/12/17: Todd Green adv. 14-7008: Finish legal research, LR

10/13/17: Parsons adv. 13-7061: Review tip re: ongoing ebay sales by Parsons; investigate.  Compile sales figures and memo to trustee. ASE

10/23/17: Review order request notice draft order granting Gardner application for compensation. ASE

10/24/17:  Todd Green adv. 14-7008:  Review return from Texas on Citation which was served on Jacob Parsons; file same with the Court.  JDR

10/25/17: Review file; prepare annual report. JDR

10/30/17:  Draft Application for Compensation and Notice of Application re: Jeff Parsons adversary.  JDR

10/31/17:  Todd Green adv. 14-7008:  Prepare for citation hearing in Springfield; to Springfield for citation hearing; Jacob Parsons appears late; examine Jacob Parsons outside of the Court's presence; case continued to November 28, 2017 plus travel time.  JDR

11/09/17: State of IL adv. 14-7047:  Review correspondence from Bill Kattich and locate earlier correspondence; send Bill requested W-9s with a note to Bill that his associate should file an appearance before appearing in Bill's stead.  JDR

11/14/17: State of IL adv. 14-7047: Prepare for status conf. in Springfield; to Springfield; status conf. conducted plus partial travel time.  JDR

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 12-72022 GM | **Trustee:** (330310)   Jeffrey D Richardson |
| **Case Name:** THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** 09/10/12 (f) |
| | **§341(a) Meeting Date:** 10/22/12 |
| **Period Ending:** 09/30/21 | **Claims Bar Date:** 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

11/15/17:  Further review of Judge Gorman's Order  concerning the Memorandum of Law or in the alternative release of teh buyer's premium proceeds; lengthy telephone conference with Stan Irvin at Martin Auction who agrees with the result of refunding the buyer's premium to the buyer; draft Response.  JDR

11/26/17:  Todd Green adv. 14-7008:  Review all of Jacob Parsons'  bank records produced at the last hearing in preparation for Tuesday's hearing.  JDR

11/28/17:  Todd Green adv. 14-7008:  Prepare for Court hearing in Springfield; meet with Mr. Parsons prior to hearing to discuss whether he has obtained employment; appear before the Court and jointly request continuance; case continued to February 6th.  JDR

11/28/17:  Todd Green adv. 14-7008:  Draft Order.  JDR\

11/30/17:  Todd Green adv. 14-7008:  Revise proposed Order on Citation.  JDR

2/6/18: Todd Green adv. 14-7008:  Review file; prepare for hearing in Springfield; to Springfield for 9:00 a.m. hearing in Citation to Discover Assets of Jacob Parsons; Jacob Parsons does not appear; court directs me to prepare and submit a proposed order to show cause; prepare order to show cause for filing; notify court of most recent address in Springfield for Mr. Parsons (plus partial travel time). JDR

2/6/18: Todd Green adv. 14-7008: Phone conference with informant; informant alleges that defendant is purchasing assets in the name of an in-law. LEXIS report on defendant, wife, and in-laws. Notes to Trustee. ASE

2/9/18: Attempt to call Matagorda Co. Tax Assessor, the number on the County webpage is not active. LR

2/11/18: Start on second application to pay auctioneer. JDR

2/11/18: Todd Green adv. 14-7008:  Review and revise order to show cause. JDR

2/12/18: Run search on Matagorda Co. property records for Howard Dean Finch and Mary Ann Finch, no results. LR

2/12/18: Todd Green adv. 14-7008:  Phone call from informant re: information on potential undisclosed business in Texas under name of associate.  Email to criminal investigator. ASE

2/13/18:  Todd Green adv. 14-7008:  Review Order to Show Cause entered by the Judge; prepare certificate of service per the Judge to show service of Order to Show Cause on Jacob Parsons and file same.  JDR

2/20/18: Phone call Matagorda Co. Treasurer to be connected to Tax Assessor's dept., asked Kendra to run search for Howard and Mary Ann Finch, also Bre Finch and Jeff Parsons. LR

2/23/18: Todd Green adv. 14-7008: Phone call from informant.  Informant alleges that Parsons has purchased a new black Porsche.  Run LEXIS to check for new registrations or titles. ASE

3/1/18: Review all tax returns prepared by Roger Stone; approve and execute same; draft application to pay Roger and notice of application. JDR

3/6/18:  Todd Green adv. 14-7008:  Court hearing on Citation; recess to discuss matters with the Defendant; return to Court representing resolution; draft Order; partial travel time.  JDR

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)    Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

3/6/18:  Todd Green adv. 14-7008:  Court hearing in Springfield on Citation and Order to Show Cause; Citation heard outside of Court; agreement reached; draft Order plus partial travel time.  JDR

3/7/18: Continued work of proposed interim distributions ASE

3/7/18: Email Terry Moody re: SOL expiration and inquiry into release date (informed we are in holding pattern until final assets liquidated); email Kurt Aumann re: proposed commission structure for future sales. ASE

3/7/18: Phone call from LEOs re: status of assets held as evidence with trustee. ASE

3/7/18: Continued incorporation of expenses broken down per year; calculation of secured payments under carveout agreements and holdbacks for unsecured and tax fund. ASE

3/7/18: Review PACER for amended claims and claims Orders crossreferencing spreadsheet; update spreadsheet. LR

3/8/18: Continue updating spreadsheet. LR

3/9/18: Continue reviewing Claims, Ojbections and PACER; print out all claims that have been amended since Trustee's original objection, noting claims that need to be objected to again. LR

3/12/18: Continued work on proposed distributions. ASE

3/12/18: Finish updating spreadsheet, review BMS for claims missing notes; minor revisions to Objection to Claim no. 150-1 and 33-1. LR

3/13/18: State of IL adv. 14-7047:  Review correspondence from Treasurer; settlement proceeds paid; draft Motion to Dismiss Adversary action and file same.

3/13/18: Draft Application for Compensation and Notice.

3/14/18: Continued review of 2013 carveout agreement and proposed allocations ASE

3/15/18: State of IL adv. 14-7047:  Review correspondence from Bill Katich re dismissal of case; go online to obtain copies for Bil of the motion and order of dismissal; letter to Bill. JDR

3/16/18: continued review of proposed interim distribution ASE

3/16/18: Email to Idaho state tax commission re: notice of levy; send notice of filing and demand for proof that levy not executed and terminated. ASE

3/18/18: Todd Green adv. 14-7008:  Review file; prepare wage deduction proceedings against Jacob Parsons.  JDR

3/19/18: Continued construction of carveout proposal ASE

3/21/18:  Prepare Order on Sixth Application for Compensation on Jeff Parsons adv. 13-7061.  JDR

3/20/18: Continued construction of carveout proposal ASE

3/21/18: Continued work on carveout calculations ASE

3/28/18:  Draft Order Approving Compensation  (Stone).  JDR

## Form 1

**Individual Estate Property Record and Report**

**Asset Cases**

Page: 52

| Case Number: | 12-72022 GM | **Trustee:** | (330310) | Jeffrey D Richardson |
| Case Name: | THR & ASSOCIATES, INC. | **Filed (f) or Converted (c):** | 09/10/12 (f) | |
| | | **§341(a) Meeting Date:** | 10/22/12 | |
| Period Ending: | 09/30/21 | **Claims Bar Date:** | 10/01/13 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

4/3/18:  Review Judge Gorman's Order on Roger Stone's fees; letter to Roger enclosing Order and check.  jdr

4/9/18:  Phone call from informant re: alleged sales taking place in Texas ASE

4/10/18:  Todd Green adv. 14-7008:  Prepare Wage Deduction Order.  JDR

4/11/18:  Draft Order Allowing Compensation.  JDR

4/13/18:  Todd Green adv. 14-7008:  Review and revise Wage Deduction Order.  JDR

4/16/18:  Todd Green adv. 14-7008:  Download and review Wage Deduction Order; letter to Kim Ausmus at HSHS St. John's Payroll Department; tickler memo to the file.  JDR

6/5/18:  Phone call FBI re: status of evidence; memo to trustee re: same ASE

6/11/18:  Review memo from trustee on evidence being released.  Review Jacob Parsons schedules.  Email Kurt Aumann requesting phone conference ASE

6/11/18:  Phone conference Kurt Aumann re new auction adn update to commission structure to address buyer's premium or increased commission which will be paid by estate. ASE

7/5/18:  Emails SA FBI; email Kurt Aumann confirming date and reminding that ID and DOB still required for all parties in attendance. ASE

7/10/18:  To FBI headquarters to meet with Terry Moody and to supervise the removal from evidence of approximately 75 boxes of THR assets to my auctioneers (I was present during the entire process per bankruptcy handbook.)  JDR

8/10/18:  Prepare Sixth Application for Attorney's Fees (Jeff Parsons) and notice. JDR

9/5/18:  Email Kurt Aumann re:updated terms of auction and employment for final evidence and remaining items auction. ASE

9/18/18:  Phone call Donna K Akron Oh. She has a vehicle and trailer which she is interested in purchasing. Indicates vehicle does not run and has cats living in it. Gave her my email with instruction to identify vehicles by VIN and photos and email me details for motion to sell. ASE

10/15/18:  Review file; prepare annual report. JDR

11/15/18:  Telephone call to Kurt Aumann to determine status of auction of assets picked up from the FBI office in Springfield.  JDR

2/120/19:  Review correspondence from Roger Stone wtih 2018 federal and state tax returns and  K1 form; execute same; prepare application to pay Roger for tax work.  JDR

7/27/19: Further work on interim trustee fee application. JDR

7/30/19:  Work on trustee fee application.  JDR

8/2/19:  Tel. call Tom Aumann Auctions re upcoming auction as a proposed internet auction.  JDR

8/4/19:  Review old Application to Employ Aumann Auction; letter to Kurt Aumann with concerns as to whether we should supplement the prior employment application. JDR

# Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property**<br>**Abandoned**<br>OA=§554(a) abandon. | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

8/19/19: Further work on Motion to Sell Free and Clear of Liens, Claims and Interests; update with Aumann's inventory.  JDR

8/20/19: Two telephone calls to Aumann Auction to finalize internet auction which will be September 1 to September 10 October 18.  JDR

9/27/19: Review email from Kurt Aumann; letter to Kurt re: bond issue.

10/31/19: Review file; prepare annual report. JDR

11/6/19: Long telephone conference with Tom about recent auction.  JDR

2/1/20: Review correspondence from Roger re 2019 tax return; e-mail to Roger re same.  JDR

2/20/20: Review all 2019 tax returns prepared by Roger Stone; approve and exeucte same; prepare application to pay Roger's accounting bill for preparation of returns. JDR

2/28/20: Parsons adv. 13-7061:  Prepare Fifth Petition for Adjudication of Civil Contempt.  JDR

4/27/20: Search Jeff's email for any recent corres. From Freeman's Auction; run search on PACER to see if they were ever hired; phone call Freeman's to locate art work, left message on voicemail for Adrianne Wolkenberg. LR

4/27/20: Phone call from Adrianne Wolkenberg re: believes they still have the art work, will check to see if that is something they could sell and associated fees and get back to me. LR

4/29/20: Review email from Ms. Wolkenberg, brief discussion with Trustee, respond to email. LR

5/4/20:  Review proposal from Freeman's auction on two pieces of art there; follow up with Adrianne Wolkenberg.  JDR

5/4/20: Review email from Adrianne Wolkenberg re: listing agreement and forward on to Trustee. JDR

5/15/20: Phone call The Package Store, spoke to AJ re: shipping painting back, auction house gave wrong dimensions, painting significatly larger in frame and will require pallet to ship, AJ will put together some numbers and email quote. LR

5/18/20: Review lenghty email from The Package Store with shipping quote, forward to Trustee so he can determine how he wants to proceed. LR

5/21/20: Review emails from Adrianne Wolkenburg for info on painting; draft Notice of Intent to Abandon for Ducks and Chickens painting. LR

5/22/20: Phone call AJ @ Packaging Store, will arrange palletized shipping with Estes for painting, Estes will contact directly to arrange delivery. LR

5/27/20: Email to Adrianne Wolkenburg re: filing a Notice of Intent to Abandon the second painting. LR

5/27/20: Review email from the Packaging Store, painting shipped this afternoon. LR

5/28/20: Check status of painting shipment, may be delivered tomorrow, let Trustee know as shippers have not called to make arrangements. LR

6/1/20: Revisions to Notice of Intent to Abandon per Trustee. LR

6/5/20: Email to Ed Walker re: Sonntag painting, lengthy phone call from Ed re: sale of painting; email to Mr. Walker with picture of painting attached. LR

6/15/20: Prepare for meeting with Ed Walker; unpack painting; meet with Ed; enter into contract with Ed subject to approval; draft application to employ Ed as the art

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** 12-72022 GM | | | **Trustee:**  (330310)   Jeffrey D Richardson | | |
| **Case Name:** THR & ASSOCIATES, INC. | | | **Filed (f) or Converted (c):** 09/10/12 (f) | | |
| | | | **§341(a) Meeting Date:**   10/22/12 | | |
| **Period Ending:** 09/30/21 | | | **Claims Bar Date:**   10/01/13 | | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

broker and related documents; correspondence to Ed. JDR

6/9/20: Email from Ed Walker re: origins of painting and respond to same. LR

6/29/20:  Parsons adv. 13-7061:  Review correspondence from Jeff Parsons attempting to resolve the contempt petition; respond to same.  JDR

6/30/20:  Parsons adv. 13-7061:  Review Jeff Parsons' acceptance.  JDR

7/10/20: Todd Green adv. 14-7008: Search public records for Jacob Parsons' current location and whereabouts; draft affidavit in support of issuance of new citation of Jacob Parsons. JDR

7/13/20:  Draft Application to Pay Attorney's Fees on Jeff Parsons' judgment and proposed Order.  JDR

7/21/20: Search file drawer of loose titles for trailer title of trailer stored by Auman Auction, could not locate, will need to apply for lost title.  LR

7/22/20: Phone call Aumann Auction, Kurt is out today, left message with Ellen for Kurt to call back about getting semi trailer emptied out and sold. LR

7/23/20: Email from Adrienne @ Freeman's, respond to same attaching file stamped copy of Notice of Intent to Abandon. LR

7/24/20: Phone call from Kurt Aumann re: semi trailer and arranging emptying it out and getting lost title to sell; complete and print out lost title form from IL SOS. LR

7/26/20:  Todd Green adv. 14-7008:  Revise Affidavit; draft Motion for Leave to issue Citation to Discover Assets; draft proposed Order.  JDR

7/29/20:  Todd Green adv. 14-7008:  Review Order from Court; prepare Citation to Discover Assets on Jacob Parsons and all related documents.  JDR

7/29/20: Email to Kurt Aumann re: location of semi trailer so that I can make arrangements with shredder to meet, review email from Kurt; phone call Affordable Shred to get quote, busy right now will call back. LR

7/29/20: Phone call from Tom @ Affordable Shred re: quote for semi job, will need to go take a look at volume of boxes in semi; email to Kurt letting him know Tom will be in contact and I will need to come spot check some boxes beforehand; email to Tom with contact information for Kurt. LR

7/31/20: Run seach for Illinois unclaimed property on THR & Associates and all subsidiaries; complete claims forms for each. LR

8/5/20: Review email from Kurt re: selling semi privately and quote from shredders, spoke to Trustee and respond to same. LR

8/5/20: Email from Nate Smith who is a former THR employee in posession of a vehicle and trailer that he would like to purchase; search box of titles, located titles for both car and trailer; discussion with Trustee, email to Mr. Smith with request for sale proposal. LR

8/6/20:  Tel. conf. Kurt Aumann re disposal of contents in trailer.  JDR

8/7/20: Email to Kurt about coming to look through the semi today and review response; email to Tom @ Affordable Shred letting him know we accept his bid. LR

8/7/20: To Nokomis to look at documents stored in semi trailer. LR

8/10/20: Review email from Tom @ Affordable Shred re: setting a date to come take care of documents and respond to same; review follow up emails from Tom with possible dates, confirm 8/31 @ 7 am. LR

8/11/20: Email to Kurt Aumann re: will need someone to unlock semi or keys in advance and confirm date of 8/31 @ 7 am; email to Tom @ Affordable Shred re: same.

## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Page: 55

| Case Number: | 12-72022 GM | Trustee: | (330310) | Jeffrey D Richardson |
|---|---|---|---|---|

**Case Name:**   THR & ASSOCIATES, INC.

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:**   10/22/12

**Period Ending:**   09/30/21

**Claims Bar Date:**   10/01/13

| 1<br><br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br><br>Petition/<br>Unscheduled<br>Values | 3<br><br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br><br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br><br>Sale/Funds<br>Received by<br>the Estate | 6<br><br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

LR

8/12/20: Discussion with Trustee re: sale of vehicle and trailer and filing fees; email to Nate Smith re: conditional acceptance of offer. LR

8/13/20: Email to Nate Smith re: payment of $1000 sales price payable to Trustee and noting procedure with the Court for the sale. LR

8/13/20: Complete unclaimed property forms (3) and notarize, print out copy of bankruptcy notice showing all dba's to send with claims. LR

8/19/20: Draft Motion to Sell and Notice of Intent to Sell 2002 Lincoln Navigator and 2009 American Hauler trailer. LR

8/26/20: Review email from Tom @ Affordable Shred asking for Kurt Aumanns's email and respond to same. LR

8/26/20: Review email from Tom re: concern with accessing the semi on Monday; phone call to Tom re: same, he left message with Aumann's yesterday, but will email them and copy me in when he gets back to the office. LR

8/31/20: To Nokomis to meet shredder, shredding cleanup and back to Decatur; complete lost title form with additional info on sem; email to Kurt re: left over boxes and use of dumpster, cc to Trustee. LR

8/31/20:  Todd Green adv. 14-7008:  Review correspondence from Meador Investigations and certificate of service; memo to staff to upload same.   JDR

9/9/20:  Parsons adv. 13-7061:  Review file; prepare contempt petition.  JDR

9/9/20: Review email from Kurt Aumann re: listing semi trailer and respond to same. LR

9/9/20: Attempted to take lost title app to DMV, line out the door excessively long, spoke to Trustee, will try to mail in form given DMV's inclination to only have license renewals in person. LR

9/18/20: Email to Nate Smith, re: need good mailing address for filing; revisions to Notice of Intent to Sell; review response from Mr. Smith and add to Notice of Intent to Sell. LR

9/22/20: Review email from IL SOS, email to Kurt re: new title will be mailed in next 24-48 hours. LR

9/23/20:  Parsons adv. 13-7061:  Draft proposed Agreed Order to send to Jeff Parsons; letter to Jeff Parsons re my attempt to resolve the contempt petition.  JDR

9/28/20: Email to Kurt re: title in hand and review response, semi trailer will be listed today. LR

9/25/20:  Prepare Notice of Intent to Abandon (Sonntag painting); file same.  JDR

9/29/20:  Todd Green adv. 14-7008:  Prepare for hearing; Mr. Parsons does not appear at telephone conference; review substituted service on Mr. Parsons and Judge Schmetterer's decision in Paloian v. Grupo Serla 389 B.R. 636; draft Order to Show Cause.  JDR

9/29/20: Review email from Kurt, re: semi sold, forward to Jeff. LR

10/1/20:  Sale of trailer that had the business records in them; review e-mail from Kurt Aumann re purchase offer; letter to Kurt requesting details; tickler memo to the file.  JDR

10/1/20:  Review e-mail from Kurt Aumann about sale of trailer; e-mail to Kurt for details; brief conf. with Laura so she can prepare the application.  JDR

## Form 1

### Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 12-72022 GM

**Case Name:** THR & ASSOCIATES, INC.

**Period Ending:** 09/30/21

**Trustee:** (330310)   Jeffrey D Richardson

**Filed (f) or Converted (c):** 09/10/12 (f)

**§341(a) Meeting Date:** 10/22/12

**Claims Bar Date:** 10/01/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/3/20:  Todd Green adv. 14-7008:  Download and review Judge Gorman's Order to Show Cause; prepare of Certificate of Service by mailing; letter to private process server, Bill Clutter.  JDR

10/5/20: Review email from Kurt, review email from Jodi re: check, respond to same requesting info on buyer; review email response from Jodi with name and address of buyer. LR

10/5/20: Draft Motion and Notice of Intent to Sell 1994 Stoughton semi-trailer. LR

10/6/20: Revisions to Motion to Sell and Notice per Trustee removing interested parties. LR

10/8/20:  Parsons adv. 13-7061:  Prepare for and particpate in contempt hearing.  JDR

10/8/20: Review mail, deposit check for semi trailer; email to Jodi at Aumann Auctions letting her know received and will send title when objection period is up. LR

10/10/20:  Review correspondence from Secretary of State re unclaimed funds related to TownSquare Media; file same away.  JDR

10/14/20: Review deficiency notice, review email from Nate Smith re: status, email to Mr. Smith re: titles signed and will be in the mail Friday or Monday. LR

10/16/20: Complete transfer information on title for Lincoln Navigator and American Hauler to Nate Smith; Letter to Nate Smith with titles, copy of bankruptcy notice, Motion to Sell and Order sent by certified mail. LR

10/19/20:  Email to Nate Smith re: titles in the mail and review response. LR

10/26/20: Review checks that came in mail from IL Comptroller for unclaimed property; review certified mail receipt showing titles delivered to Nate Smith. LR

10/29/20:  Review correspondence from Illinois Secretary of State re second I-cash claim; tickler memo to the file.  JDR

10/29/20: Review deficiency notice, email to Jodi at Aumman Auction re: mailing title; draft Order on sale. LR

10/30/20: Review Order entered; letter to Bob Dahler with title, Motion and Order and Notice showing Trustee's appointment, mail to Jodi at Aumman Auctions; email to Jodi re: same, copy to Kurt and Trustee. LR

11/2/20: Review file; prepare annual report. JDR

11/2/20:  Parsons adv. 13-7061:  Prepare Seventh Petition for Adjudication of Civil Contempt.  JDR

11/10/20:  Todd Green adv. 14-7008:  Prepare for and participate in hearing; follow up conf. with Jacob Parsons.  JDR

11/24/20: Parsons adv. 13-7061: Prepare for hearing on contempt; Mr. Parsons does not appear; draft order of contempt. JDR

11/25/20:  Todd Green adv. 14-7008:  Review file; correspondence to Jacob Parsons re: production of documents; tickler memo to file. jdr

12/1/20:  Todd Green adv. 14-7008: Review records overnighted to me yesterday by Jacob Parsons;  prepare for hearing by telephone conference; participate in telephone citation hearing on Jacob Parsons; draft and submit Order to the Court.  JDR

12/9/20:  Todd Green adv. 14-7008:  Letter to Jacob Parsons with copy of Court's Order and questionnaire wtih self-addressed, stamped envelope.  JDR

12/14/20:  Conference with Laura Richardson re: disposal of contents of semi trailer; review email from Kurt Aumann re: his expense to rent the dumpster and pay for

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-72022 GM |
| **Case Name:** | THR & ASSOCIATES, INC. |
| **Period Ending:** | 09/30/21 |

| | |
|---|---|
| **Trustee:** | (330310)   Jeffrey D Richardson |
| **Filed (f) or Converted (c):** | 09/10/12 (f) |
| **§341(a) Meeting Date:** | 10/22/12 |
| **Claims Bar Date:** | 10/01/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a) abandon.** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

the hauling; letter to Kurt with check to reimburse him.  JDR

12/14/20: Email to Kurt Aumman re: fee for sale of semi trailer; multiple follow up email to and from Kurt; pay invoice for roll off dumpster. LR

1/21/21:  Parsons adv. 13-7061:  Prepare contempt petition.  JDR

3/8/21:  Draft Application to Pay Attorney's Fees on Jeff Parsons' judgment and proposed Order.  JDR

3/23/21:  Todd Green adv. 14-7008:  Prepare for hearing; court hearing; Jacob Parsons fails to appear; draft proposed Order for filing.  JDR

4/3/21:  Todd Green adv. 14-7008:  Prepare Notice of Hearing and file same.  JDR

7/27/21:  Green adv. 14-7008:  Prepare for hearing and hearing by tel. conf.  JDR

8/8/21:  Todd Green adv. 14-7008:  Prepare Order; prepare Citation to Discover Assets as to Erin Parsons.  JDR

8/11/21:  Todd Green adv. 14-7008:  Review Court's Order entered; prepare certificate of service on Jacob Parsons and file same.  JDR

8/11/21:  Todd Green adv. 14-7008:  Letter to process server re service of citation on Erin Parsons.  JDR

8/31/21:  Draft Order regarding Application to Pay Attorney's Fees on Jeff Parsons' judgment.  JDR

9/24/21:  Todd Green adv. 14-7008:  Review return of citation; prepare certificate of service to Jacob Parson; upload documents to the Court.  JDR

10/27/21: Review file; prepare annual report. JDR

**Initial Projected Date Of Final Report (TFR):**  January 30, 2014        **Current Projected Date Of Final Report (TFR):**  August 1, 2022